**Fill in this information to identify the case:**

Debtor name: **2999TC Acquisitions, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): 21-31954-hdh

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Palisades Capital Realty Advisors  11601 Wilshire Blvd.  Suite 1820  Los Angeles, CA 90025 | | Business Debt | | | | $5,000,000.00 |
| 2 | Moss Construction  6950 TPC Drive  Suite 300  McKinney, TX 75070 | | Business Debt | | $4,000,000.00 | $2,426,829.00 | $1,573,171.00 |
| 3 | Law Office of K. Walji P.C.  10701 Corporate Drive  Suite 350  Stafford, TX 77477 | | Business Debt | | | | $150,000.00 |
| 4 | Greenburg Traurig  2101 L Street NW  Washington, DC 20037 | | Attorney Fees | | | | $53,229.00 |
| 5 | McMurry Law, PLLC  508 W. Lookout Drive  Suite 14-74  Richardson, TX 75080 | | Attorney Fees | | | | $42,000.00 |

Debtor **2999TC Acquisitions, LLC**    Case number (if known) **21-31954-hdh**
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Reed Smith Law<br>2850 Harwood Street<br>Suite 1500<br>Dallas, TX 75201 | | Business Debt | | | | $40,000.00 |
| 7 | Metzger Law PLLC<br>3626 N. Hall Street<br>Suite 800<br>Dallas, TX 75219-5133 | | Business Debt | | | | $40,000.00 |
| 8 | HR Sterling LLC<br>13901 Midway Rd<br>Suite 102<br>Dallas, TX 75244 | | Business Debt | | | | $28,800.00 |
| 9 | Law Office of Bruce K Thomas<br>12900 Preston Rd<br>Suite 590<br>Dallas, Texas 75230 | | Attorney Fees | | | | $22,540.00 |
| 10 | Dorsey & Whitney LLP<br>300 Crescent Court<br>Suite 400<br>Dallas, TX 75201 | | Business Debt | | | | $22,456.00 |
| 11 | Pacheco Koch<br>7557 Rambler Road<br>Suite 1400<br>Dallas, TX 75231 | | Survey | | | | $22,356.00 |
| 12 | Jackson Walker, LLP<br>P.O. Box 130989<br>Dallas, TX 75313-0989 | | Business debt | | | | $22,316.00 |
| 13 | Dallas County Tax Office<br>PO Box 139066<br>Dallas, TX 75313 | | Business Debt | | | | $21,808.00 |

Debtor **2999TC Acquisitions, LLC**　　Case number (if known) **21-31954-hdh**
　　　　Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Robert Kemp Law<br>2815 Valley View Lane<br>Suite 202<br>Dallas, TX 75234 | | Business Debt | | | | $15,000.00 |
| 15 | The Marx Firm<br>2999 Turtle Creek Blvd.<br>Dallas, TX 75219 | | Business Debt | | | | $12,500.00 |
| 16 | Richards, Layton & Finger<br>508 W. Lookout Dr<br>Suite 14-74<br>Richardson, TX 75080 | | Business Debt | | | | $12,500.00 |
| 17 | Lawn Helpers LLC<br>4026 Abilene Street<br>Dallas, TX 75212 | | Business Debt | | | | $12,000.00 |
| 18 | FAB Studio<br>5005 Greenville Ave<br>Suite 155<br>Dallas, TX 75206 | | Business Debt | | | | $10,000.00 |
| 19 | Quick Moves Resources<br>6810 Parkdale Dr.<br>Dallas, TX 75227 | | Business Debt | | | | $4,057.50 |
| 20 | Bluefrog Plumbin+Drain<br>9101 Lyndon B Johnson Freeway<br>Suite 300<br>Dallas, TX 75243 | | Business Debt | | | | $615.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name    **2999TC Acquisitions, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known)    **21-31954-hdh**

Official Form 202

**Declaration Under Penalty of Perjury for Non-Individual Debtors**    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/01/2021**    X **/s/ Tim Barton**
MM / DD / YYYY    Signature of individual signing on behalf of debtor

**Tim Barton**
Printed name

**President**
Position or relationship to debtor