**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **2999TC Acquisitions, LLC**                              CASE NO   **21-31954-hdh**

                                                                                          CHAPTER   **11**

*AMENDED 11/19/2021*
**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  11/19/2021                              Signature  /s/ Tim Barton
                                                                    *Tim Barton*
                                                                    *President*


Date _____        Signature _____

```
Avingstone International
Leconfield House
Curzon Street
London W1J5JA
United Kingdom

BC Collaborations LLC
3101 Avondale Avenue
Fort Worth, TX 76109



Brockette Davis Drake Inc.
4144 N. Central Expressway
Suite 100
Dallas, TX 75204


Max M. Wayman and Associates Inc.
2650 River Park Drive
Fort Worth, TX 76116



Morrelli Design Consultants LLC
1400 San Ysidro Drive
Beverly Hills, CA 90210



SLS Consultants LLC
4222 Roseland Avenue
Suite 106
Dallas, TX 75204


Talley Associates, Inc.
1925 San Jacinto
Suite 400
Dallas, TX 75201


The Concord Group LLC
369 San Miguel Drive
Suite 265
Newport Beach, CA 92660


West & Associates LLP
320 S. RL Thornton Freeway
Suite 300
Dallas, TX 75203
```