Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-HDH** |
| | § | **CHAPTER 11** |
| **Debtor.** | § | |

**DEBTOR'S APPLICATION TO EMPLOY COUNSEL**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, ROOM 1254, DALLAS, TEXAS 75202 ON OR BEFORE DECEMBER 20, 2021, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW** 2999TC Acquisitions, LLC ("Debtor"), Debtor in the above-styled and numbered case, and files Debtor's Application to Employ Counsel, and in support of same would respectfully show the Court as follows:

1. Debtor filed a voluntary petition under Chapter 11, title 11, of the United States Bankruptcy Code on October 29, 2021, in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division.

2. In order to effectuate a reorganization, propose a Plan of Reorganization and effectively move forward in its bankruptcy proceeding, Debtor desires to hire Joyce W. Lindauer Attorney, PLLC as counsel in this matter effective as of October 29, 2021.

3. Joyce W. Lindauer is the owner of Joyce W. Lindauer Attorney, PLLC and is an attorney practicing primarily bankruptcy law at 1412 Main Street, Suite 500, Dallas, Texas 75202, (972) 503-4033. Ms. Lindauer has taken measures to ensure that she is not working on any projects or cases for anyone else that would create a conflict with her involvement with this case.

4. Ms. Lindauer is to be referred to herein as "Counsel".

5. Counsel has been chosen by Debtor in that they are experienced in bankruptcy matters and have represented debtors and debtors-in-possession in numerous proceedings before the bankruptcy courts. The Debtor seeks to retain Counsel to represent it in this matter.

6. Pursuant to Bankruptcy Rule 2014(a), the Affidavit of Joyce W. Lindauer, is attached hereto as **Exhibits "A"** and attests that she and the members of Joyce W. Lindauer Attorney, PLLC do not presently hold or represent any interest adverse to the interests of the Debtor or its estate and are disinterested within the meaning of 11 U.S.C. § 101(14) to the best of their knowledge, information, and belief.

7. Joyce W. Lindauer Attorney, PLLC has been paid a retainer of $11,000.00, which included the filing fee of $1,738.00, in connection with this proceeding. The Statement required to be filed pursuant to Bankruptcy Rule 2016 is on file in this proceeding.

8. Counsel has agreed to represent the Debtor on the terms set forth in this Application. The compensation to be paid to Ms. Lindauer shall be $450.00 per hour. Paralegals and legal assistants are billed at $65.00 to $125.00 per hour depending on their years of experience and level of skill. This case will be primarily handled by Dian Gwinnup who is billed at $125.00 per hour.

9. These hourly rates are those regularly charged by Counsel for services rendered by the respective partners, associates, paralegals, and legal assistants for legal services rendered in similar bankruptcy matters. The hourly rates may be modified by Counsel in the ordinary course of their business. The charges for such services are fair and reasonable and within the normal range for services rendered in similar cases within the Northern District of Texas. The Debtor has agreed to reimburse Counsel for all reasonable out-of-pocket expenses incurred on Debtor's behalf.

10. Pursuant to the provisions of Bankruptcy Rule 2016(b) and Bankruptcy Code § 330, Counsel will file with the Court requests for allowance of payment of fees and expenses incurred by them during the pendency of this bankruptcy matter.

11. Counsel also represents the following entities (and does not represent JMJ Development, LLC or Tim Barton) in their Chapter 11 cases pending in the United States Bankruptcy Court for the Northern District of Texas:

a. 2999TC LP, LLC, Case No. 20-43204-mxm. 2999TC LP, LLC is not a creditor of 2999TC Acquisitions, LLC. They do share common ownership as follows: Timothy I. Barton as President.

b. AVG West, LLC, Case No. 20-43414-mxm. AVG West, LLC is not a creditor of 2999TC Acquisitions, LLC. A Plan of Reorganization was confirmed by AVG West, LLC on June 21, 2021, and a Motion for Final Decree was filed on November 10, 2021. AVG West, LLC is in the process of paying its creditors by December 15, 2021. They do share common ownership as follows: Timothy I. Barton as President.

c. BM318, LLC, Case No. 20-42789-mxm. BM318, LLC is not a creditor of 2999TC Acquisitions, LLC. They do share common ownership as follows: Timothy I. Barton as President. A Plan of Reorganization was confirmed by BM318, LLC on August 2, 2021. There is a pending adversary in this case against Dixon Water Foundation to avoid and recover from Dixon Water Foundation, or from any other person or entity for whose benefit the transfer was made, preferential and/or fraudulent transfers of property made by BM318, LLC that occurred during the 90-day or two-year period, respectively, prior to the commencement of BM318, LLC's bankruptcy case.

d. Dallas Real Estate Investors, LLC, Case No. 21-41488-elm. Dallas Real Estate Investors, LLC is not a creditor of 2999TC Acquisitions, LLC. They do share common ownership as follows: Timothy I. Barton as President.

e. D4MC LLC, Case No. 21-41371-elm. D4MC LLC is not a creditor of 2999TC Acquisitions, LLC. They do share common ownership as follows: Timothy I. Barton as President.

12. Debtor believes the employment of Counsel is in the best interest of the Debtor's bankruptcy estate. Further, the Debtor believes it is necessary to retain Counsel immediately for the purpose of proposing a Plan of Reorganization and defending the Debtor in various matters arising in this case.

**WHEREFORE, PREMISES CONSIDERED**, Debtor respectfully requests this Court to enter an Order approving the employment of Joyce W. Lindauer Attorney, PLLC as counsel for Debtor, upon the terms and conditions contained herein, and for such other and further relief, at law or in equity, to which Debtor may show itself justly entitled.

Dated: November 29, 2021.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEY FOR DEBTOR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 29, 2021, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the U.S. Trustee and the parties on the attached service list.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-HDH** |
| | § | **CHAPTER 11** |
| **Debtor.** | § | |

**AFFIDAVIT OF JOYCE W. LINDAUER**

STATE OF TEXAS )
)
COUNTY OF DALLAS )

BEFORE ME the undersigned authority, on this day personally appeared the undersigned affiant, who by me sworn, upon oath stated:

1. "My name is Joyce W. Lindauer and I am over eighteen (18) years of age. I am duly admitted to practice law in the State of Texas and the United States Bankruptcy Court for the Northern District of Texas. I am the owner of the law practice Joyce W. Lindauer Attorney, PLLC (the "Firm") and office at 1412 Main Street, Suite 500, Dallas, Texas 75202. I have taken measures to ensure that I am not working on any projects or cases for anyone else that would create a conflict with my involvement with this case.

2. I have never been convicted of a crime and am fully competent to make this Affidavit. I have personal knowledge of the facts stated herein and they are all true and correct to the best of my knowledge. I make this Affidavit in support of the Debtor's Application to Employ Counsel.

EXHIBIT
tabbies
A

3. Neither I, nor any member of the Firm nor contract attorney, is a creditor, equity security holder, or an insider of the Debtor. Neither I, nor any member of the Firm nor contract attorney, are and have not been within two (2) years prior to the filing of the petition, a director, officer or employee of the Debtor.

4. Neither I, nor any member of the Firm nor contract attorney, hold any interest adverse to the estate, or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor in the above-styled bankruptcy case and in the matters upon which the Firm is to be engaged as attorney for Debtor.

5. Neither I, Joyce W. Lindauer Attorney, PLLC, nor any partner, counsel, associate or contract attorney thereof, insofar as I have been able to ascertain, have any connection with the Debtor or its creditors, the United States Trustee, persons employed in the United States Trustee's office, or any other potential parties-in-interest herein, or their respective attorneys.

6. Additionally, the proposed employment of the Firm is not prohibited by or improper under Bankruptcy Rule 5002. I am not related, and to the best of my knowledge, no attorney at the Firm nor contract attorney is related, to any United States Bankruptcy Judge or District Court Judge for the Northern District of Texas or the United States Trustee for such district or any employee in the office thereof.

7. To the best of my knowledge, I and each member of the Firm and contract attorney is presently a disinterested person as defined in Section 101(14) of the Bankruptcy Code.

8. The disclosures identified above are based upon all information reasonably available to the Firm at the time of submission of this Affidavit. To the extent necessary, the Firm will supplement this Affidavit as may be required by the Bankruptcy Code and Bankruptcy Rules if and when any other relationships exist or are modified such that further disclosure is required.

9. Subject to Court approval, and in accordance with § 330(a) of the Bankruptcy Code, compensation will be payable to the Firm on an hourly basis, plus reimbursement of actual, necessary expenses incurred by the Firm. The primary attorneys and paralegal within the Firm who will represent the Debtors and their hourly rates are set forth below.

| | |
|---|---|
| Joyce W. Lindauer | $450.00 |
| Dian Gwinnup, Paralegal | $125.00 |

10. These hourly rates are those regularly charged by the Firm for services rendered by the respective partners, associates, contract attorneys, paralegals, and legal assistants for legal services rendered in similar bankruptcy matters. The hourly rates may be modified by the Firm in the ordinary course of its business. The charges for such services are fair and reasonable and within the normal range for services rendered in similar cases within the Northern District of Texas. The Debtor has agreed to reimburse the Firm for all reasonable out-of-pocket expenses incurred on Debtor's behalf.

11. Prior to the petition date, the Firm received a retainer of $11,000.00, which included the filing fee of $1,738.00 in connection with this proceeding. The Statement required to be filed pursuant to Bankruptcy Rule 2016 is on file in this proceeding.

12. No promises have been received by the Firm, nor any partner, counsel, associate, nor contract attorney thereof, as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with this case.

13. Counsel also represents the following entities in their Chapter 11 cases pending in the United States Bankruptcy Court for the Northern District of Texas:

a. 2999TC LP, LLC, Case No. 20-43204-mxm. 2999TC LP, LLC is not a creditor of 2999TC Acquisitions, LLC. They do share common ownership as follows: Timothy I. Barton as President.

b. AVG West, LLC, Case No. 20-43414-mxm. AVG West, LLC is not a creditor of 2999TC Acquisitions, LLC. A Plan of Reorganization was confirmed by AVG West, LLC on June 21, 2021, and a Motion for Final Decree was filed on November 10, 2021. AVG West, LLC is in the process of paying its creditors by December 15, 2021. They do share common ownership as follows: Timothy I. Barton as President.

c. BM318, LLC, Case No. 20-42789-mxm. BM318, LLC is not a creditor of 2999TC Acquisitions, LLC. They do share common ownership as follows: Timothy I. Barton as President. A Plan of Reorganization was confirmed by BM318, LLC on August 2, 2021. There is a pending adversary in this case against Dixon Water Foundation to avoid and recover from Dixon Water Foundation, or from any other person or entity for whose benefit the transfer was made, preferential and/or fraudulent transfers of property made by BM318, LLC that occurred during the 90-day or two-year period, respectively, prior to the commencement of BM318, LLC's bankruptcy case.

d. Dallas Real Estate Investors, LLC, Case No. 21-41488-elm. Dallas Real Estate Investors, LLC is not a creditor of 2999TC Acquisitions, LLC. They do share common ownership as follows: Timothy I. Barton as President.

e. D4MC LLC, Case No. 21-41371-elm. D4MC LLC is not a creditor of 2999TC Acquisitions, LLC. They do share common ownership as follows: Timothy I. Barton as President.

EXECUTED this 29th day of November, 2021.

Joyce W. Lindauer

Subscribed and sworn to before me this 29th day of November, 2021.

DIAN GWINNUP
Notary Public, State of Texas
Comm. Expires 01-22-2025
Notary ID 4210918

Notary Public in and for the State of Texas
Notary ID No. 4210918
Printed Name: Dian Gwinnup
My Commission Expires: January 22, 2025

Label Matrix for local noticing
0539-3
Case 21-31954-hdh11
Northern District of Texas
Dallas
Mon Nov 29 14:35:56 CST 2021

2999TC Acquisitions, LLC
13901 Midway Rd.
Suite 102
Dallas, TX 75244-4388

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K Knighton
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207-2328

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548

Avingstone International
Leconfield House
Curzon Street
London W1J5JA
United Kingdom

BC Collaborations LLC
3101 Avondale Avenue
Fort Worth, TX 76109-1002

Bluefrog Plumbin+Drain
9101 Lyndon B Johnson Freeway
Suite 300
Dallas, TX 75243-1900

Brockette Davis Drake Inc.
4144 N. Central Expressway
Suite 100
Dallas, TX 75204-2187

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K. Knighton
2777 N. Stemmons Fwy. Ste. 1000
Dallas, TX 75207-2328

Dallas County Tax Office
PO Box 139066
Dallas, TX 75313-9066

Dorsey & Whitney LLP
300 Crescent Court
Suite 400
Dallas, TX 75201-7847

FAB Studio
5005 Greenville Ave
Suite 155
Dallas, TX 75206-4043

Greenburg Traurig
2101 L Street NW
Washington, DC 20037-1526

HNGH Turtle Creek, LLC
c/o Rusty O'Kane
Wick Phillips
3131 McKinney Ave., Suite 100
Dallas, TX 75204-2430

HR Sterling LLC
13901 Midway Rd
Suite 102
Dallas, TX 75244-4388

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242-1100

JMJ Development, LLC
Metzger Law PLLC
3626 N. Hall Street, Suite 800
Dallas, TX 75219-5133

Jackson Walker, LLP
P.O. Box 130989
Dallas, TX 75313-0989

Law Office of Bruce K Thomas
12900 Preston Rd
Suite 590
Dallas, Texas 75230-1353

Linebargar Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

Max M. Wayman and Associates Inc.
2650 River Park Drive
Fort Worth, TX 76116-0718

McMurry Law, PLLC
508 W. Lookout Drive
Suite 14-74
Richardson, TX 75080-2176

Metzger Law PLLC
3626 N. Hall Street
Suite 800
Dallas, TX 75219-5133

Morrelli Design Consultants LLC
1400 San Ysidro Drive
Beverly Hills, CA 90210-2109

Nitya Capital
8901 Gaylord
Suite 100
Houston, TX 77024-3042

Pacheco Koch
7557 Rambler Road
Suite 1400
Dallas, TX 75231-2388

Quick Moves Resources
6810 Parkdale Dr.
Dallas, TX 75227-5828

Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

SLS Consultants LLC
4222 Roseland Avenue
Suite 106
Dallas, TX 75204-4448

Talley Associates, Inc.
1925 San Jacinto
Suite 400
Dallas, TX 75201-7107

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001

The Concord Group LLC
369 San Miguel Drive
Suite 265
Newport Beach, CA 92660-7846

Tim Barton
Metzger Law, PLLC
3626 N. Hall Street, Suite 800
Dallas, TX 75219-5133

U. S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242-1011

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

West & Associates LLP
320 S. RL Thornton Freeway
Suite 300
Dallas, TX 75203-1842

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202-4042

Tim Barton
1755 Wittington, Suite 340
Dallas, TX 75234-1930

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Texas Comptroller of Public Accounts
Revenue Accting Div - Bankr Section
PO Box 13528
Austin, TX 78711-3528

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)HNGH Turtle Creek, LLC

(u)JMJ Development LLC

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 41 |
| Bypassed recipients | 2 |
| Total | 43 |