IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-31954-HDH-11 |
| | § | |
| 2999TC ACQUISITIONS, LLC, | § | CHAPTER 11 |
| | § | |
| DEBTOR. | § | |
| | § | |

### HNGH TURTLE CREEK, LLC'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

CAME ON to be considered the HNGH Turtle Creek, LLC's *Motion for Leave to File Documents Under Seal* (the "**Motion**")[1] filed on December 8, 2021 [Docket No. ___] seeking entry of an order granting leave to submit Exhibits 17, 18, 19, 21, 22, 23, 39, 40, 41, and 42 (the "Sealed Exhibits") attached the Witness and Exhibit List under seal, and the Court having the jurisdiction to consider the Motion and the requested relief being a core proceeding the Bankrutpcy Court can determine pursuant to 28 U.S.C. § 157(b)(2); the venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; considering the Debtor does not oppose the requested relief, the Court

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

finds good cause to grant the Motion; and due and proper notice of the Motion having been provided, the Court determines that good cause exists to grant the relief requested. Accordingly, it is hereby:

ORDERED, ADJUDGED AND DECREED, that HNGH Turtle Creek, LLC's Motion for Leave to File Documents Under Seal is GRANTED; it is further

ORDERED that the Sealed Exhibits, as that term is defined in the Motion, are hereby submitted under seal.

### END OF ORDER #

Order Submitted by:

**KANE RUSSELL COLEMAN LOGAN PC**

*/s/ John J. Kane*
John J. Kane (TX Bar No. 24066794)
R. Hale Neilson (TX Bar No. 24116820)
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
E-mail: jkane@krcl.com
E-mail: hneilson@krcl.com

**Counsel to HNGH Turtle Creek, LLC**