| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **2999TC Acquisitions, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **21-31954-hdh** |

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1**

| | | |
|---|---|---|
| **Creditor's name** **Dallas County Tax Office** | **Describe debtor's property that is subject to a lien** | $382,508.70     $56,400,000.00 |

**Creditor's mailing address**
**c/o Sherrel K Knighton**

**Describe debtor's property that is subject to a lien**
**2999 Turtle Creek Blvd.**

**2777 N. Stemmons Frwy Ste 1000**

**Describe the lien**
**Business Debt**

**Dallas**          **TX**    **75207-2328**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**    **2021**

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**1) HNGH Turtle Creek, LLC; 2) Dallas County Tax Office.**

**This amount is from the Proof of Claim filed on November 9, 2021**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $40,130,679.70

Debtor   **2999TC Acquisitions, LLC** _____    Case number (if known) **21-31954-hdh**

| **Part 1:** | **Additional Page** | | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2**   **Creditor's name**
**HNGH Turtle Creek, LLC** _____

**Describe debtor's property that is subject to a lien**      $39,748,171.00     $56,400,000.00

**Creditor's mailing address**
**c/o Rusty O'Kane** _____

**Land**

**Wick Phillips** _____

**Describe the lien**

**3131 McKinney Ave., Suite 100** _____

**Business Debt / Agreement** _____

**Dallas          TX    75204** _____

**Is the creditor an insider or related party?**

**Creditor's email address, if known**
_____

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☐ No

**Last 4 digits of account number**     ___ ___ ___ ___

☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Contingent

☑ Yes.  Have you already specified the relative priority?

☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines  **2.1**_____

**Fill in this information to identify the case and this filing:**

Debtor Name    **2999TC Acquisitions, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number    **21-31954-hdh**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/08/2021**          **X** **/s/ Tim Barton**_____
                MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                **Tim Barton**_____
                                Printed name

                                **President**_____
                                Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**