| Fill in this information to identify the case: | |
|---|---|
| Debtor | **2999TC Acquisitions, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **21-31954-hdh** |

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| **2.1** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> _____ <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | | |
|---|---|---|---|---|
| | **Date or dates debt was incurred** <br> _____ <br> **Last 4 digits of account number** ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(____) | | | |

| Debtor | **2999TC Acquisitions, LLC** | Case number (if known) | **21-31954-hdh** |
|---|---|---|---|

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
**Avingstone International**
**Leconfield House**
**Curzon Street**
**London W1J5JA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Services**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$22,181.93**

**3.2 Nonpriority creditor's name and mailing address**
**Brockette Davis Drake Inc.**
**4144 N. Central Expressway**
**Suite 100**
**Dallas        TX      75204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Fees**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$10,000.00**

**3.3 Nonpriority creditor's name and mailing address**
**Dorsey & Whitney LLP**
**300 Crescent Court**
**Suite 400**
**Dallas        TX      75201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Attorney Fees**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$47,455.70**

**3.4 Nonpriority creditor's name and mailing address**
**Greenburg Traurig**
**2101 L Street NW**

**Washington      DC    20037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Attorney Fees**

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$53,229.00**

| Debtor | **2999TC Acquisitions, LLC** | Case number (if known) | **21-31954-hdh** |
|---|---|---|---|

**Part 2:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.5** Nonpriority creditor's name and mailing address

**Jackson Walker, LLP**
**PO Box 130989**

**Dallas**          **TX**    **75313-0989**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Attorney Fees**

Is the claim subject to offset?
☑ No
☐ Yes

**$18,527.75**

---

**3.6** Nonpriority creditor's name and mailing address

**Law Office of Bruce K Thomas**
**12900 Preston Rd**
**Suite 590**

**Dallas**          **TX**    **75230**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Attorney Fees**

Is the claim subject to offset?
☑ No
☐ Yes

**$22,359.95**

---

**3.7** Nonpriority creditor's name and mailing address

**Metzger Law PLLC**
**3626 N. Hall Street**
**Suite 800**

**Dallas**          **TX**    **75219-5133**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Attorney Fees**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,600.00**

---

**3.8** Nonpriority creditor's name and mailing address

**Pacheco Koch**
**7557 Rambler Road**
**Suite 1400**

**Dallas**          **TX**    **75231**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$22,536.25**

Debtor **2999TC Acquisitions, LLC**  Case number (if known) **21-31954-hdh**

**Part 2:  Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9** Nonpriority creditor's name and mailing address

**Richards, Layton & Finger**
**One Rodney Square**

**Wilmington      DE    19801**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Attorney Fees**

Is the claim subject to offset?
☒ No
☐ Yes

$12,500.00

**3.10** Nonpriority creditor's name and mailing address

**SLS Consultants LLC**
**4222 Roseland Avenue**
**Suite 106**

**Dallas          TX    75204**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Professional Fees**

Is the claim subject to offset?
☒ No
☐ Yes

$50,266.67

**3.11** Nonpriority creditor's name and mailing address

**Small Business Administration**
**150 Westpark Way, Suite 130**

**Euless          TX    76040**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$199,900.00

**3.12** Nonpriority creditor's name and mailing address

**The Concord Group LLC**
**369 San Miguel Drive**
**Suite 265**

**Newport Beach       CA    92660**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$33,750.00

| Debtor | **2999TC Acquisitions, LLC** | Case number (if known) | **21-31954-hdh** |
|---|---|---|---|

**Part 2:   Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                             **Amount of claim**

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,605.00 |
|---|---|---|---|

**West & Associates LLP**
**320 S. RL Thornton Freeway**
**Suite 300**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Dallas            TX      75203**

**Basis for the claim:**
**Professional Fees**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

Debtor  **2999TC Acquisitions, LLC**  Case number (if known) **21-31954-hdh**

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. + | **$558,912.25** |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$558,912.25** |

**Fill in this information to identify the case and this filing:**

Debtor Name: **2999TC Acquisitions, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **21-31954-hdh**

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☑ Amended Schedule **E/F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/17/2022**          X **/s/ Tim Barton**
MM / DD / YYYY                       Signature of individual signing on behalf of debtor

**Tim Barton**
Printed name

**President**
Position or relationship to debtor