John J. Kane (TX Bar No. 24066794)
**KANE RUSSELL COLEMAN LOGAN PC**
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299

***Counsel for HNGH Turtle Creek, LLC***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 21-31954-HDH-11** |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CHAPTER 11** |
| | § | |
| **DEBTOR.** | § | |
| | § | |

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that the Court has set a status conference for **Friday, March 11, 2022 at 9:00 a.m.** Central Time (the "**Status Conference**") to consider the *Agreed Order Regarding Motion to Lift Stay [Doc. 10], Motion to Dismiss [Doc. 9], Motion for Sanctions [Doc. 15], and Motion to Enforce Stay [Doc. 14]* [Docket No. 64] before the Honorable Harlin D. Hale, Bankruptcy Judge for the Northern District of Texas, Dallas Division, at Earle Cabell Federal Building, 1100 Commerce St., 14th Floor, Dallas, TX 75242-1496.

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be conducted via WebEx videoconference. Those wishing to participate remotely can do so by WebEx using the following link and telephone information:

**For WebEx Video Participation/Attendance:**
Link: https://us-courts.webex.com/meet/hale

**<u>For WebEx Telephonic Only Participation/Attendance:</u>**
Dial-In: 1-650-479-3207
Access code: 476 420 189

**PLEASE TAKE FURTHER NOTICE** that a copy of the WebEx Hearing Instructions for the Status Conference is attached hereto as <u>Exhibit A</u>; alternatively, the WebEx Hearing Instructions for the Status Conference may be obtained from Judge Hale's Status Conference/calendar site at: https://www.txnb.uscourts.gov/judges-info/Status_Conference-dates/judge-hales-Status Conference-dates

All parties in interest wishing to appear at the Status Conference should review, prior to the Status Conference.

DATED: March 4, 2022

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ John J. Kane*
John J. Kane (TX Bar No. 24066794)
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
E-mail: jkane@krcl.com

***Counsel to HNGH Turtle Creek, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 4, 2022, a true and correct copy of the foregoing document was filed with the Court and served (i) via the Court's electronic case filing system (ECF) upon all parties receiving such electronic service in this proceeding, and (ii) via e-mail on the parties listed below.

Joyce W. Lindauer
JOYCE W. LINDAUER ATTORNEY, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
E-mail: joyce@joycelindauer.com

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202
E-mail: ustpregion06.da.ecf@usdoj.gov

*/s/ John J. Kane*
John J. Kane