Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Dallas, Texas 75230
Attorneys for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| Debtor. | § | **Chapter 11** |

### BALLOT TALLY

2999TC Acquisitions, LLC (the "Debtor"), submits the following tally of Ballots received in connection with confirmation of its Plan of Reorganization:

**Class 1**    Allowed Secured Claim of Dallas County

No votes received.

**Class 2**    Allowed Secured Claims of HNGH Turtle Creek, LLC

No votes received.

**Class 3**    General Unsecured Claims

Bruce K. Thomas voted to accept the Plan. The amount of Bruce K. Thomas' claim is $22,359.95.

Metzger Law PLLC voted to accept the Plan. The amount of Metzger Law PLL's claim is $12,600.00.

Class 3 voted to accept the Plan.

**Class 4**    Insider Claims

No votes received.

**Class 5**        Equity Interests

No votes received.

Dated: May 6, 2022.

Respectfully submitted,

  _/s/ Joyce W. Lindauer_
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 6, 2022, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon those parties listed below.

Katherine T. Hopkins
katherine.thomas@kellyhart.com

John J. Kane
jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com

Sherrel K. Knighton
Sherrel.Knighton@lgbs.com, Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Dallas.Bankruptcy@lgbs.com

Joyce W. Lindauer
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Steven C. Metzger
smetzger@pmklaw.com

Russell Hale Neilson
hneilson@parkinslee.com, hneilson@ecf.courtdrive.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Kyle Woodard
kwoodard@krcl.com, KWoodard@ecf.courtdrive.com


/s/ Joyce W. Lindauer
Joyce W. Lindauer