Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 2999TC ACQUISITIONS, LLC, | § | CASE NO. 21-31954-hdh |
| | § | |
| Debtor. | § | Chapter 11 |

## MOTION FOR SETTING AND
## REQUEST FOR EXPEDITED HEARING

1. 2999TC Acquisitions, LLC (the "Debtor") hereby requests that an expedited hearing be set on 2999TC Acquisitions, LLC's Emergency Motion to Extend Time and Motion to Compel (the "Motions") [Docket Nos. 128 and 129] at the Court's earliest convenience.

2. An expedited hearing is necessary to extend the closing that is to occur on May 31, 2022, and to compel HNGH to deliver all documents required for the closing.

3. Notice of the expedited hearing will be provided to all parties receiving electronic notice in this case via the Court's ECF system

4. A hearing was not requested earlier because the Debtor has been diligently working on the documents needed to close and the Motions were just filed.

Dated: May 31, 2022.

                                            Respectfully submitted,

                                            */s/ Joyce W. Lindauer*
                                            Joyce W. Lindauer
                                            State Bar No. 21555700
                                            Joyce W. Lindauer Attorney, PLLC
                                            1412 Main Street, Suite 500
                                            Dallas, Texas 75202
                                            Telephone: 972-503-4033
                                            Facsimile: 972-503-4034
                                            Email: joyce@joycelindauer.com
                                            Attorneys for the Debtor

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on May 31, 2022, I emailed and called Mr. John Kane to confer regarding the relief requested herein. Mr. Kane has not yet responded to the expedited hearing request.

/s/ Joyce W. Lindauer
Joyce W. Lindauer

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 31, 2022, a true and correct copy of the foregoing document was served via email via the Court's ECF system upon the parties receiving electronic notice in this case listed below.

Katherine T. Hopkins
katherine.thomas@kellyhart.com

John J. Kane
jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com

Sherrel K. Knighton
Sherrel.Knighton@lgbs.com, Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Dallas.Bankruptcy@lgbs.com

Joyce W. Lindauer
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Steven C. Metzger
smetzger@pmklaw.com

Russell Hale Neilson
hneilson@parkinslee.com, hneilson@ecf.courtdrive.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Kyle Woodard
kwoodard@krcl.com, KWoodard@ecf.courtdrive.com

/s/ Joyce W. Lindauer
Joyce W. Lindauer