### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 2999TC ACQUISITIONS, LLC, | § | CASE NO. 21-31954-HDH |
| | § | CHAPTER 11 |
| Debtor. | § | |

### ORDER REGARDING REQUEST FOR EXPEDITED HEARING

The request for an expedited hearing on 2999TC Acquisitions, LLC's Emergency Motion to Extend Time and Motion to Compel (the "Motions") [Docket Nos. 128 and 129] filed by 2999TC Acquisitions, LLC ("Debtor") is **GRANTED**.

An expedited hearing will be held on the Motion on _____ before the Honorable Harlin D. Hale, United States Bankruptcy Court, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Attorneys for Debtor