Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 2999TC ACQUISITIONS, LLC, | § | CASE NO. 21-31954-hdh |
| | § | |
| Debtor. | § | Chapter 11 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 23, 2022, a true and correct copy of the *Chapter 11 Post-Confirmation Order* [Docket No. 124] was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

Dated: June 2, 2022

    Respectfully submitted,

    */s/ Joyce W. Lindauer*
    Joyce W. Lindauer
    State Bar No. 21555700
    Joyce W. Lindauer Attorney, PLLC
    1412 Main Street, Suite 500
    Dallas, Texas 75202
    Telephone: 972-503-4033
    Facsimile: 972-503-4034
    Email: joyce@joycelindauer.com
    Attorneys for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 21-31954-hdh11<br>Northern District of Texas<br>Dallas<br>Mon May 23 10:21:24 CDT 2022 | 2999TC Acquisitions, LLC<br>13901 Midway Rd.<br>Suite 102<br>Dallas, TX 75244-4388 | Blackfoot Interest, Ltd.<br>c/o Katherine Hopkins<br>Kelly Hart & Hallman LLP<br>201 Main Street, Ste. 2500<br>Fort Worth, TX 76102-3194 |
| Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Sherrel K Knighton<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328 | L. Allen Hodges III, Individually<br>c/o Katherine Hopkins<br>Kelly Hart & Hallman LLP<br>201 Main Street, Ste. 2500<br>Fort Worth, TX 76102-3194 | L. Allen Hodges III, as Independent Executor<br>c/o Katherine Hopkins<br>Kelly Hart & Hallman LLP<br>201 Main Street, Ste. 2500<br>Fort Worth, TX 76102-3194 |
| LAH III Family Specific Interest, Ltd.<br>c/o Katherine Hopkins<br>Kelly Hart & Hallman LLP<br>201 Main Street, Ste. 2500<br>Fort Worth, TX 76102-3194 | Tejas Group, Ltd.<br>c/o Katherine Hopkins<br>Kelly Hart & Hallman LLP<br>201 Main Street, Ste. 2500<br>Fort Worth, TX 76102-3194 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 |
| Attorney General of Texas<br>Bankruptcy Division<br>P O Box 12548<br>Austin, TX 78711-2548 | Avingstone International<br>Leconfield House<br>Curzon Street<br>London W1J5JA<br>United Kingdom | BC Collaborations LLC<br>3101 Avondale Avenue<br>Fort Worth, TX 76109-1002 |
| Bluefrog Plumbin+Drain<br>9101 Lyndon B Johnson Freeway<br>Suite 300<br>Dallas, TX 75243-1900 | Brockette Davis Drake Inc.<br>4144 N. Central Expressway<br>Suite 100<br>Dallas, TX 75204-2187 | Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Sherrel K. Knighton<br>2777 N. Stemmons Fwy. Ste. 1000<br>Dallas, TX 75207-2328 |
| Dallas County Tax Office<br>PO Box 139066<br>Dallas, TX 75313-9066 | Dorsey & Whitney LLP<br>300 Crescent Court<br>Suite 400<br>Dallas, TX 75201-7847 | FAB Studio<br>5005 Greenville Ave<br>Suite 155<br>Dallas, TX 75206-4043 |
| Greenburg Traurig<br>2101 L Street NW<br>Washington, DC 20037-1526 | HNGH Turtle Creek, LLC<br>c/o John J. Kane<br>Kane Russell Coleman Logan PC<br>901 Main Street, Suite 5200<br>Dallas, Texas 75202-3705 | HNGH Turtle Creek, LLC<br>c/o Rusty O'Kane<br>Wick Phillips<br>3131 McKinney Ave., Suite 100<br>Dallas, TX 75204-2430 |
| HR Sterling LLC<br>13901 Midway Rd<br>Suite 102<br>Dallas, TX 75244-4388 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Mail Code DAL-5020<br>1100 Commerce Street<br>Dallas, Texas 75242-1100 |
| JMJ Development, LLC<br>Metzger Law PLLC<br>3626 N. Hall Street, Suite 800<br>Dallas, TX 75219-5133 | Jackson Walker LLP<br>Suzan Kedron<br>2323 Ross Avenue<br>Suite 600<br>Dallas, TX 75201-2725 | Jackson Walker, LLP<br>P.O. Box 130989<br>Dallas, TX 75313-0989 |
| Law Office of Bruce K Thomas<br>12900 Preston Rd<br>Suite 590<br>Dallas, Texas 75230-1353 | Linebargar Goggan Blair & Sampson<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Max M. Wayman and Associates Inc.<br>2650 River Park Drive<br>Fort Worth, TX 76116-0718 |

| | | |
|---|---|---|
| McMurry Law, PLLC<br>508 W. Lookout Drive<br>Suite 14-74<br>Richardson, TX 75080-2176 | Metzger Law PLLC<br>3626 N. Hall Street<br>Suite 800<br>Dallas, TX 75219-5133 | Morrelli Design Consultants LLC<br>1400 San Ysidro Drive<br>Beverly Hills, CA 90210-2109 |
| Nitya Capital<br>8901 Gaylord<br>Suite 100<br>Houston, TX 77024-3042 | Pacheco Koch<br>7557 Rambler Road<br>Suite 1400<br>Dallas, TX 75231-2388 | Quick Moves Resources<br>6810 Parkdale Dr.<br>Dallas, TX 75227-5828 |
| Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801 | SLS Consultants LLC<br>4222 Roseland Avenue<br>Suite 106<br>Dallas, TX 75204-4448 | Talley Associates, Inc.<br>1925 San Jacinto<br>Suite 400<br>Dallas, TX 75201-7107 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Texas Workforce Commission<br>101 East 15th Street<br>Austin, TX 78778-0001 | The Concord Group LLC<br>369 San Miguel Drive<br>Suite 265<br>Newport Beach, CA 92660-7846 |
| Tim Barton<br>Metzger Law, PLLC<br>3626 N. Hall Street, Suite 800<br>Dallas, TX 75219-5133 | U. S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | U. S. Trustee's Office<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | West & Associates LLP<br>320 S. RL Thornton Freeway<br>Suite 300<br>Dallas, TX 75203-1842 | Joyce Lindauer<br>Joyce Lindauer Attorney, PLLC<br>1412 Main Street, Ste. 500<br>Dallas, TX 75202-4042 |
| Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street<br>Suite 500<br>Dallas, TX 75202-4042 | Tim Barton<br>1755 Wittington, Suite 340<br>Dallas, TX 75234-1930 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Texas Comptroller of Public Accounts
Revenue Accting Div - Bankr Section
PO Box 13528
Austin, TX 78711-3528

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)HNGH Turtle Creek, LLC  (u)JMJ Development LLC

End of Label Matrix
Mailable recipients    49
Bypassed recipients     2
Total                  51