IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-31954-HDH-11 |
| | § | |
| 2999TC ACQUISITIONS, LLC, | § | CHAPTER 11 |
| | § | |
| DEBTOR. | § | |
| | § | |
| | § | |

**ORDER SETTING MOTION FOR EXPEDITED HEARING**

ON THIS DATE the Court considered the request for expedited hearing (the "**Motion to Expedite**") filed by HNGH Turtle Creek, LLC ("**HNGH**") in conjunction with the *Motion to Enforce Agreed Orders* (the "**Motion**") [Dkt. No. 134], filed on June 3, 2022. The Court, having considered the Motion to Expedite and evidence presented, having found good cause for the relief requested, and having noted that sufficient notice has been given under the circumstances, hereby GRANTS the Motion. It is therefore

**IT IS THEREFORE ORDERED** that responses or objections to the Motion shall be filed by no later than **48 hours prior** to the hearing date.

**IT IS FURTHER ORDERED** that the request for expedited hearing is **GRANTED** and that a hearing on the *Motion* shall be held on **June _____, 2022, at _____ p.m.** before the Honorable Scott Everett, U.S. Bankruptcy Judge for the Northern District of Texas via WebEx Video Participation/Attendance:

> Link: https://us-courts.webex.com/meet/hale
> **For WebEx Telephonic Only Participation/Attendance:**
> Dial-In: 1.650.479.3207
> Meeting ID: 476 420 189

**IT IS FURTHER ORDERED** that HNGH or its counsel shall give notice of this expedited hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission, or otherwise by First Class United States Mail, to all parties listed in the certificate of service contained in the Motion and shall evidence such service by the filing of a Notice of Hearing with the Court prior to the scheduled hearing.

### ### End of Order ###

Prepared and Submitted by:

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ John J. Kane*
John J. Kane (TX Bar No. 24066794)
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
E-mail: jkane@krcl.com

**Counsel to HNGH Turtle Creek, LLC**