John J. Kane (TX Bar No. 24066794)
**KANE RUSSELL COLEMAN LOGAN PC**
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4200
Telecopier: (214) 777-4299
E-mail: jkane@krcl.com

**COUNSEL FOR HNGH TURTLE CREEK, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-31954-HDH-11 |
| | § | |
| 2999TC ACQUISITIONS, LLC, | § | CHAPTER 11 |
| | § | |
| DEBTOR. | § | |
| | § | |

**NOTICE OF EXPEDITED HEARING**

**[Relates to Docket No. 134]**

**PLEASE TAKE NOTICE** that a hearing has been set for **Friday, June 10, 2022, at 10:30 a.m. (prevailing central time)** (the "**Hearing**") to consider the *HNGH Turtle Creek, LLC's Motion to Enforce Agreed Orders* [Docket No. 134] (the "**Motion**"). The Hearing will take place **VIA WEBEX** before the Honorable Judge Scott W. Everett, United States Bankruptcy Judge for the Northern District of Texas, Dallas Division (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** any objections to the Motion must be filed with the Court no later than **48 hours prior** to the hearing date.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted via WebEx videoconference, and parties in interest wishing to appear at the Hearing can do so by videoconference or telephone using the following link and telephone information:

**For WebEx Video Participation/Attendance**
Link: https://us-courts.webex.com/meet/everett

**For WebEx Telephonic Only Participation/Attendance**
Dial-In: 1.650.479.3207
Meeting ID: 476 420 189

**PLEASE TAKE FURTHER NOTICE** that a copy of the WebEx Hearing Instructions for the Hearing is attached hereto as Exhibit A; alternatively, the WebEx Hearing Instructions may be obtained from Judge Everett's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-everetts-hearing-dates.

DATED: June 3, 2022

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: /s/ *John J. Kane*
John J. Kane (TX Bar No. 24066794)
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: 214.777.4200
Fax: 214.777.4299
E-mail: jkane@krcl.com

**COUNSEL TO HNGH TURTLE CREEK, LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 3, 2022, a true and correct copy of the foregoing document was filed with the Court and served (i) via the Court's electronic case filing system (ECF) upon all parties receiving such electronic service in this proceeding, and (ii) via e-mail on the parties listed below.

| | |
|---|---|
| Joyce W. Lindauer<br>JOYCE W. LINDAUER ATTORNEY, PLLC<br>1412 Main Street, Suite 500<br>Dallas, TX 75202<br>E-mail: joyce@joycelindauer.com | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75202<br>E-mail: ustpregion06.da.ecf@usdoj.gov |

Steven C. Metzger
Metzger Law PLLC
3626 N. Hall St, Suite 800
Dallas, Texas 75219
E-mail: smetzger@pmklaw.com

                                                       */s/ John J. Kane*
                                                       John J. Kane