**NOTICE OF CONFIDENTIALITY RIGHTS**: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED OF RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

**ASSIGNMENT OF DEED OF TRUST AND ASSIGNMENT OF LEASES AND RENTS**

KNOW THAT

**2999 TURTLE CREEK LLC**
**520 Madison Avenue, Suite 3501**
**New York, New York 10022**

"**Assignor**",

in consideration of TEN and 00/100 DOLLARS ($10.00) and other valuable consideration paid by

**HNGH TURTLE CREEK, LLC**
**600 5th Avenue, 2nd Floor**
**New York, New York 10020**

"**Assignee**",

hereby assigns the unto the Assignee, without recourse to Assignor in any event, the deed of trust and assignment of leases and rents, as is more fully described on Schedule B, attached hereto and made a part hereof, against the property commonly known as 2999 Turtle Creek, Dallas, Texas 75219, as is more fully described on Schedule A, attached hereto and made a part hereof.

TOGETHER with the bonds or notes or obligations described in said deed of trust and assignment of leases and rents, and the monies due and to grow due thereon with the interest;

TO HAVE AND TO HOLD the same unto Assignee and to the successors, legal representatives and assigns of Assignee forever.

IT IS EXPRESSLY UNDERSTOOD AND AGREED that this Assignment is made without any recourse to, and without any covenant or warranty, express or implied, by the Assignor in any event whatsoever, except as otherwise provided in that certain Assignment and Assumption of Assigned Rights and Obligations dated on or about the date hereof by and between Assignee and the signatory hereto.

The word "assignor" or "assignee" shall be construed as if it read "assignors" or "assignees" whenever the sense of this instrument so requires.

IN WITNESS WHEREOF, the Assignor has duly executed this Assignment as of the 7th day of December, 2020.

**2999 TURTLE CREEK LLC**

By:________________
Name: Joshua Zegen
Title: Authorized Signatory

STATE OF New York )
)ss:
COUNTY OF New York )

On the 2nd day of December in the year 2020, before me, the undersigned, personally appeared, Joshua Zegen, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed this instrument.

________________
Notary Public

TOM KORDENBROCK
Notary Public, State of New York
No. 01KO6371148
Qualified in New York County
Commission Expires February 20, 2022

**SCHEDULE A**

**PROPERTY DESCRIPTION**

BEING a tract of land situated in the James A. Sylvester Survey Abstract No. 1383, and the John Grisby Survey, Abstract No. 495, City of Dallas Block No. A/1031, Texas and being all of Lot 4, Block A/1031, of TURTLE CREEK OFFICE ADDITION, an Addition to the City of Dallas, Texas, according to the plat thereof recorded in Volume 2003162, Page 48, Deed Records, Dallas County, Texas.

**SCHEDULE B**

**DEED OF TRUST SCHEDULE**

Deed of Trust, Security Agreement and Fixture Filing dated as of September 20, 2019, by MO 2999TC, LLC in favor of Michael B. Massey, as Trustee for the benefit of 2999 Turtle Creek LLC, recorded in the Office of the County Clerk for the County of Dallas, State of Texas, on September 23, 2019 as Instrument No. 201900253450,

Assignment of Leases and Rents dated as of September 20, 2019, by MO 2999TC, LLC for the benefit of 2999 Turtle Creek LLC, recorded in the Office of the County Clerk for the County of Dallas, State of Texas, on September 23, 2019 as Instrument No. 201900253451,

As collaterally assigned by Notice of Collateral Assignment of Deed of Trust and Loan Documents dated as of December 31, 2019, by 2999 Turtle Creek LLC in favor of Axos Bank, recorded in the Office of the County Clerk for the County of Dallas, State of Texas, on ________________ as Instrument No. ________________,

As collateral assignment was terminated by Termination of Notice of Collateral Assignment of Deed of Trust and Lona Documents dated as of ______________, by Axos Bank in favor of 2999 Turtle Creek LLC, recorded in the Office of the County Clerk for the County of Dallas, State of Texas, on ________________ as Instrument No. ________________.

**Dallas County**
**John F. Warren**
**Dallas County Clerk**

---

**Instrument Number:** 202000341904

eRecording - Real Property

Recorded On: December 08, 2020 11:12 AM

Number of Pages: 5

---

**" Examined and Charged as Follows: "**

Total Recording: $38.00

---

*********** THIS PAGE IS PART OF THE INSTRUMENT ***********

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**

| | |
|---|---|
| Document Number: | 202000341904 |
| Receipt Number: | 20201208000305 |
| Recorded Date/Time: | December 08, 2020 11:12 AM |
| User: | Hilga R |
| Station: | CC17 |

**Record and Return To:**

CSC Global

---

**STATE OF TEXAS**
**COUNTY OF DALLAS**

**I hereby certify that this Instrument was FILED In the File Number sequence on the date/time printed hereon, and was duly RECORDED in the Official Records of Dallas County, Texas.**

John F. Warren
Dallas County Clerk
Dallas County, TX