**John J. Kane**

---

**From:** John J. Kane
**Sent:** Tuesday, May 31, 2022 5:44 PM
**To:** Joyce Lindauer
**Cc:** Jeff Carruth; Khudabuksh K. Walji Esq.; RANDY P. MARX
**Subject:** Re: Happy State Bank

Wow, I provided a payoff and release of liens yesterday and asked for comments multiple times and got no response. Asked for settlement statement and got nothing. Explained reason for HSB payment at closing, which should not have been an issue, and I never once got any feedback on that being a concern at all.

This is befuddling.

John J. Kane
972-672-6915

On May 31, 2022, at 4:26 PM, Joyce Lindauer <joyce@joycelindauer.com> wrote:

Jeff -my client is still trying to close this transaction with HNGH but all the title documents are coming in so late or not at
All we are not able to close today. Please make sure nothing happens on your end until we can sort this out. We never
Received anything except the Payoff notice today. I think you were trying to get a release also. I don't recall seeing a release
Of the loan. We did not see an executed release. We were not obligated to pay off Happy State Bank at closing. We were told
Happy State Bank was not in this transaction until the last few days. Please be advised to not take any action until we can get
Some direction from the Court.

**PLEASE NOTE OUR NEW ADDRESS IN DOWNTOWN DALLAS**

JOYCE
LINDAUER
Attorney at Law
And Mediator

Joyce Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
PH 972-503-4033
FAX 972-503-4034

CEL 214-957-8039