Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 2999TC ACQUISITIONS, LLC, | § | CASE NO. 21-31954-hdh |
| | § | |
| Debtor. | § | Chapter 11 |

### DEBTOR'S WITNESS AND EXHIBIT LIST

Comes now 2999TC Acquisitions, LLC, debtor in the above-styled and numbered bankruptcy case ("Debtor"), and files this its Witness and Exhibit List for the hearing scheduled on June 10, 2022.

### Witnesses

At the hearing, the Debtor may call the following persons to testify as witnesses:

1. Tim Barton

2. Khudabuksh K. Walji

3. Randy Marx

4. Garrison Kickham

5. Marshal Dooley

6. Bob Blanshard

7. Vipin Nambiar

8. Any witness designated by any other party

### Exhibits

At the hearing the Debtor may present one or more of the following exhibits:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| D1 | Docket Sheet | | |
| D2 | Debtor's Response in Opposition to Motion to Enforce Agreed Orders [to be provided] | | |
| D3 | May 30, 2022 Letter directed to HNGH, by and through its counsel, listing the need for the HNGH Deliverables | | |
| D4 | Term Sheet as approved by First Guaranty Bank | | |
| D5 | Recission of Deed instrument, as requested by Debtor, and counsel to its purchaser and/or investor therein | | |
| D6 | Redline version of Recission of Deed instrument, as requested by Debtor, and counsel to its purchaser and/or investor therein | | |
| D7 | Happy State Bank Payoff – for Collateral Assignment of Note and Lien resolution | | |
| D8 | Email from Julie Lyssy at Sendera Title requesting Assignment from Axos Bank to 2999 Turtle Creek LLC | | |
| D9 | Lender Letter | | |
| D10 | Declaration of Timothy Barton | | |
| D11 | Declaration of Joey Howell | | |
| D12 | Agreed Order Regarding Motion to Lift Stay [Doc. 10], Motion to Dismiss [Doc. 9[, Motion for Sanctions [Doc. 15], and Motion to Enforce Stay [Doc. 14] [Docket No. 64] | | |
| D13 | Agreed Order Modifying Order on Motion to Dismiss and for Relief from Stay [Docket No. 94] | | |
| D14 | Various versions of Special Warranty Deed | | |
| D15 | Payments Made to HNGH | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| D16 | Collateral Assignment to Happy State Bank [to be provided] | | |
| D17 | Proof of Claim No. 3 filed by HNGH Turtle Creek, LLC | | |
| D18 | Emails of May 16, 2022 between Joyce Lindauer and John J. Kane regarding Status Update and Conf Order | | |
| D19 | Emails of May 29, 2022 between Joyce Lindauer and John J. Kane regarding Confidential – Title Matters | | |
| D20 | Emails of May 30, 2022 between Joyce Lindauer, John J. Kane, and Khudabuksh K. Walji | | |
| D21 | Emails of May 30, 2022 between Joyce Lindauer and John J. Kane | | |
| D22 | Emails of May 30, 2022 between Joyce Lindauer and John J. Kane regarding Closing Checklist | | |
| D23 | Emails of May 31, 2022 between Joyce Lindauer and John J. Kane regarding HNGH – Wiring Instructions for Title Co. | | |
| D24 | Emails of May 31, 2022 between Joyce Lindauer and John J. Kane regarding Letter List | | |
| D25 | Appraisal Report dated May 23, 2022 | | |
| D26 | Debtor's Third Amended Plan of Reorganization [Docket No. 108] | | |
| D27 | Order Confirming Debtor's Third Amended Plan of Reorganization [Docket No. 123] | | |
| | Any exhibits identified by any other party | | |

Debtor reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Debtor further reserves the right to supplement this list prior to the hearing.

Dated: June 7, 2022.

Respectfully Submitted

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR 2999TC ACQUISITIONS, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 7, 2022, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon the parties receiving electronic notice in this case listed below.

Katherine T. Hopkins
katherine.thomas@kellyhart.com

John J. Kane
jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com

Sherrel K. Knighton
Sherrel.Knighton@lgbs.com, Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Dallas.Bankruptcy@lgbs.com

Joyce W. Lindauer
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Steven C. Metzger
smetzger@pmklaw.com

Russell Hale Neilson
hneilson@parkinslee.com, hneilson@ecf.courtdrive.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Debtor's Witness and Exhibit List
Page 4

Kyle Woodard
kwoodard@krcl.com, KWoodard@ecf.courtdrive.com

                                            */s/ Joyce W. Lindauer*
                                            Joyce W. Lindauer