Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
COUNSEL FOR DEBTOR

Robin Phelan
State Bar No. 15903000
Phelanlaw
4214 Woodfin Drive
Dallas, TX 75220
Telephone: (214) 704-0222
CO-COUNSEL FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 2999TC ACQUISITIONS, LLC, | § | CASE NO. 21-31954-swe |
| | § | |
| Debtor. | § | Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND PLEADINGS**

Robin Phelan, on behalf of 2999TC Acquisitions, LLC, respectfully requests that all notices given or required to be given in this case and any case consolidated herewith, and all papers served or required to be served in this matter, be given to and served upon the undersigned at the said address.

Robin Phelan
State Bar No. 15903000
Phelanlaw
4214 Woodfin Drive
Dallas, TX 75220
Telephone: (214) 704-0222
Email: robin@phelanlaw.org

Notice of Appearance and Request for
Service of Notices and Pleadings
Page 1

Dated: June 7, 2022.

      Respectfully Submitted

      */s/ Joyce W. Lindauer*
      Joyce W. Lindauer
      State Bar No. 21555700
      Joyce W. Lindauer Attorney, PLLC
      1412 Main Street, Suite 500
      Dallas, Texas 75202
      Telephone: (972) 503-4033
      Facsimile: (972) 503-4034
      Counsel for Debtor

      Robin Phelan
      State Bar No. 15903000
      Phelanlaw
      4214 Woodfin Drive
      Dallas, TX 75220
      Telephone: (214) 704-0222
      Co-Counsel for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 7, 2022, a true and correct copy of the foregoing document was served via email pursuant to the Court's CM/ECF system upon those parties receiving electronic notice in this case listed below.

Katherine T. Hopkins
katherine.thomas@kellyhart.com

John J. Kane
jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com

Sherrel K. Knighton
Sherrel.Knighton@lgbs.com, Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Dallas.Bankruptcy@lgbs.com

Joyce W. Lindauer
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Steven C. Metzger
smetzger@pmklaw.com

Notice of Appearance and Request for
Service of Notices and Pleadings
Page 2

Russell Hale Neilson
hneilson@parkinslee.com, hneilson@ecf.courtdrive.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Kyle Woodard
kwoodard@krcl.com, KWoodard@ecf.courtdrive.com

                                                                            */s/ Joyce W. Lindauer*
                                                                            Joyce W. Lindauer

Notice of Appearance and Request for
Service of Notices and Pleadings
Page 3