

**Randy P. Marx, Attorney**
7362 Northwest CR 150
Rice, Texas 75155
(With offices in Dallas)
● 214.360.9343    ● 214.405.5120 cell
●469.324.5647 Fax
Email:  randy@themarxfirm.com
www.themarxfirm.com    Link to Location

May 31, 2022

To Whom It May Concern

RE    CASE NO. 21-31954-hdh11, In the United State Bankruptcy Court, for the Northern District of Texas, Dallas Division

I write as counsel to TCC 2022, LLC, a Delaware limited liability company, qualified to conduct business in Texas ("Client"), to confirm my client has committed to 2999TC Acquisitions, LLC (f/k/a MO2999 TC, LLC), Debtor in the referenced proceeding, to make $40,882,500, plus costs and fees, in either as a first lien or potential preferred equity interest, toward a stipulated Payoff Amount, respecting the Property that is the subject of those proceedings.

In this capacity, I have been monitoring various correspondences as to the condition of title to the Property, as well as the status of the delivery of items to the title company, prior to the release of funds.

We would have been in a position to fund and close by the deadline, but the principal investor in my client, who has sufficient funds in excess of the Payoff Amount, in and with an investment account at Edward Jones Investments and financial services company, in Missouri, has recently lost and misplaced his Texas Driver's License, which is necessary for him to travel by airplane to Missouri, so as to make arrangements with Edward Jones to borrow against, or otherwise access his investment portfolio, having a value far in excess of the Payoff Amount.  Unfortunately, the process of obtaining a replacement driver's license from the Texas Department of Motor Vehicles has been delayed (because the printer at those offices was not operable last Friday, when he was there and was supposed to receive such), and he is now getting his license necessary to travel by air to Missouri, access his funds, for forwarding to the title company for closing.

Subject to (a) receipt of documents resolving the apparent remaining issue(s) presented by the Deed-In-Lieu previously filed against the Property and the apparent incomplete, or in any regard, belated delivery of items to the title company, which I will need an opportunity to review, and the finalization of contract documents, and (b) confirmation by my client of its receipt of equity funds from its principal, which has been unavoidably delayed due to exigent circumstances outside of his control, my client stands ready to make either a loan or an equity contribution in such amount as is necessary.

Candidly, the earliest that is likely to be completed is Monday, June 7, 2022.

Regards.

**/s/ Randy P. Marx**

**EXHIBIT 88a - Page 1 of 1**