Jeff Carruth (TX SBN:. 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
3030 Matlock Rd., Suite 201
Arlington, TX 76015
Telephone: (713) 341-1158
Fax: (866) 666-5322
E-mail:  jcarruth@wkpz.com

ATTORNEY FOR CENTENNIAL BANK, AN ARKANSAS STATE BANK, D/B/A HAPPY STATE BANK, SUCCESSOR BY MERGER TO HAPPY STATE BANK, A TEXAS BANKING ASSOCIATION

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § § | |
| 2999TC ACQUISITIONS, LLC, | § § | CASE NO. 21-31954-HDH-11 |
| DEBTOR. | § § | |

**STATEMENT OF HAPPY STATE BANK REGARDING HNGH TURTLE CREEK, LLC'S MOTION TO ENFORCE AGREED ORDERS (RE: DOCKET NO. 134)**

Centennial Bank, an Arkansas state bank, d/b/a Happy State Bank, successor by merger to Happy State Bank, a Texas banking association ("Happy State Bank") files this statement regarding the *HNGH Turtle Creek, LLC's Motion to Enforce Agreed Orders* (Docket No. 134) (the "Motion to Enforce") filed herein by HNGH Turtle Creek LLC ("HNGH").

1. 2999TC Acquisitions, LLC filed this case on October 29, 2021 (the "Petition Date").

2. Since the Petition Date, Happy State Bank has monitored this case and the various pleadings, orders, and other items on the docket, including but not limited to the various pleadings filed and orders entered regarding HNGH.

3. Happy State Bank has not objected to the manner in which HNGH has addressed the rights and interests of HNGH in this case and/or the collateral real property that is the subject of the First Agreed Order (Docket No. 64) and/or the Second Agreed Order (Docket No. 94).

4. Likewise, Happy State Bank does not object to the relief sought by HNGH in the Motion to Enforce.

Dated: June 9, 2022

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Jeff Carruth*
JEFF CARRUTH (TX SBN 24001846)
3030 Matlock Rd., Suite 201
Arlington, Texas 76105
Telephone: (713) 341-1158
Fax: (866) 666-5322
E-mail: jcarruth@wkpz.com

ATTORNEY FOR CENTENNIAL BANK, AN ARKANSAS STATE BANK, D/B/A HAPPY STATE BANK, SUCCESSOR BY MERGER TO HAPPY STATE BANK, A TEXAS BANKING ASSOCIATION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on June 9, 2022 by electronic notice to all ECF users who have appeared in this case to date.

*/s/ Jeff Carruth*
JEFF CARRUTH