BTXN 027 (rev. 06/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| 2999TC Acquisitions, LLC | § | Case No.: 21−31954−swe11 |
| | § | Chapter No.: 11 |
| Debtor(s) | § | |

Dear Joyce Lindauer:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

- ☐ Interim Report
- ☐ Trustee's Final Account
- ☐ Trustee's Final Report
- ☐ 341 Meeting Minute Sheet and Exempt Property Report
- ☐ Report of Trustee in No−Asset Case and Application for Closing
- ☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting
- ☑ Other: Please upload the proposed orders docketed as #162 & #163

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 14 days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED: 6/13/22

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Kara Hyden, Deputy Clerk
kara_hyden@txnb.uscourts.gov

United States Bankruptcy Court

Northern District of Texas

In re:
2999TC Acquisitions, LLC
Debtor

Case No. 21-31954-swe
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0539-3 User: admin Page 1 of 2

Date Rcvd: Jun 13, 2022 Form ID: BTXN027 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Joyce Lindauer, Joyce Lindauer Attorney, PLLC, 1412 Main Street, Ste. 500, Dallas, TX 75202-4042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffery D. Carruth | on behalf of Creditor Centennial Bank d/b/a Happy State Bank jcarruth@wkpz.com jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com |
| John J. Kane | on behalf of Creditor HNGH Turtle Creek LLC jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com |
| Joyce W. Lindauer | on behalf of Debtor 2999TC Acquisitions LLC joyce@joycelindauer.com, dian@joycelindauer.com;12113@notices.nextchapterbk.com |
| Joyce W. Lindauer | on behalf of Plaintiff 2999TC Acquisitions LLC joyce@joycelindauer.com, dian@joycelindauer.com;12113@notices.nextchapterbk.com |
| Katherine T. Hopkins | on behalf of Interested Party L. Allen Hodges III as Independent Executor of the Estate of Leland A. Hodges Jr. katherine.thomas@kellyhart.com |

| | |
|---|---|
| Katherine T. Hopkins | on behalf of Interested Party L. Allen Hodges III Individually katherine.thomas@kellyhart.com |
| Katherine T. Hopkins | on behalf of Defendant L. Allen Hodges III katherine.thomas@kellyhart.com |
| Katherine T. Hopkins | on behalf of Interested Party Tejas Group Ltd. katherine.thomas@kellyhart.com |
| Katherine T. Hopkins | on behalf of Interested Party LAH III Family Specific Interest Ltd. katherine.thomas@kellyhart.com |
| Katherine T. Hopkins | on behalf of Interested Party Blackfoot Interest Ltd. katherine.thomas@kellyhart.com |
| Kyle Woodard | on behalf of Creditor HNGH Turtle Creek LLC kwoodard@krcl.com, KWoodard@ecf.courtdrive.com |
| Robin Eric Phelan | on behalf of Debtor 2999TC Acquisitions LLC robin@phelanlaw.org |
| Russell Hale Neilson | on behalf of Defendant HNGH Turtle Creek LLC hneilson@parkinslee.com, hneilson@ecf.courtdrive.com |
| Sherrel K. Knighton | on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| Steven C. Metzger | on behalf of Interested Party JMJ Development LLC smetzger@pmklaw.com |
| Steven C. Metzger | on behalf of Interested Party Tim Barton smetzger@pmklaw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 17