BTXN 208 (rev. 07/09)

IN RE: 2999TC Acquisitions, LLC [134] Motion to enforce agreed orders Case # 21−31954−swe11

DEBTOR

**TYPE OF HEARING**

HNGH TURTLE CREEK LLC ***VS*** 2999 TC AQUISITIONS

**PLAINTIFF / MOVANT** **DEFENDANT / RESPONDENT**

JOHN KANE JOYCE LINDAUER

**ATTORNEY** **ATTORNEY**

**EXHIBITS**

HGNH TURTLE CREEK LLC'S 1−22 , 24−36A , 38−49, 54−60a,61, 63−97, 99

2999 TC AQUISITIONS 1−9, 12−14, 16−24−, 26−27

Caitlynne Smith

REPORTED BY

6/10/2022

HEARING DATE

Scott W. Everett

JUDGE PRESIDING