**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh11** |
| | § | |
| **REORGANIZED DEBTOR.** | § | **CHAPTER 11** |

**ORDER GRANTING REORGANIZED DEBTOR'S MOTION PURSUANT TO SECTIONS 1142 AND 105 (a) OF THE BANKRUPTCY CODE TO (I) ENFORCE, (II) CLARIFY, MODIFY AND/OR AMEND AGREED ORDERS AND PLAN CONFIRMATION ORDER, AND (III) DIRECT THE EXECUTION AND DELIVERY OF INSTRUMENTS NECESSARY FOR THE TRANSFER OF PROPERTY DEALT WITH BY THE CONFIRMED PLAN**

Came on for consideration the *Reorganized Debtor's Motion Pursuant to Sections 1142 and 105(a) of the Bankruptcy Code to (I) Enforce, (II) Clarify, Modify and/or Amend Agreed Orders and Plan Confirmation Order, and (III) Direct the Execution and Delivery of Instruments Necessary to Transfer Property Dealt with By the Confirmed Plan* (the "Motion"), and the Court

having considered the pleadings, evidence and arguments of counsel, and being of the opinion that the Motion is well-founded and should be granted as set out below, it is hereby

ORDERED, ADJUDGED AND DECREED that HNGH Turtle Creek, LLC ("HNGH") shall provide to the Debtor or a title company satisfactory to the Debtor and HNGH all documents reasonably necessary to close the transactions described in Article II of Debtor's Third Amended Plan of Reorganization (the "Plan"), including a rescission deed in adequate form to satisfy the requirements of the Debtor's prospective lender and title company, and the following documents necessary for Debtor to convey its interest in the Property (as described in the Motion) to a new single purpose entity that will, consistent with the Plan, obtain a loan and concurrently pay off HNGH.

# # # END OF ORDER # # #