**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh11** |
| | § | |
| **REORGANIZED DEBTOR.** | § | **CHAPTER 11** |

**ORDER GRANTING REORGANIZED DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REORGANIZED DEBTOR TO MODIFY DEBTOR'S THIRD PLAN OF REORGANIZATION AND PLAN CONFIRMATION ORDER**

Came on for consideration the *Reorganized Debtor's Motion for Entry of an Order Authorizing the Reorganized Debtor to Modify Debtor's Third Plan of Reorganization and Plan Confirmation Order* (the "Motion"), and the Court having considered the pleadings, evidence and arguments of counsel, and being of the opinion that the Motion is well-founded and should be granted as set out below, it is hereby

ORDERED, ADJUDGED AND DECREED that Section 2.01 of Debtor's Third Plan of Reorganization is hereby modified to add the following new subsection 9, to be inserted following Section 2.01(8):

> "9. In order to accomplish the conveyance of the Debtor's interest in the Property to a new single purpose entity that will obtain a loan and concurrently pay off HNGH (as described in above subsection 2.01(8)), HGNH shall provide to the Debtor or to a title company mutually agreeable to the Debtor and HNGH the following documents:
>
> - Recission Deed
> - Bills Paid and Parties in Possession Affidavit
> - Release of Deed of Trust
> - Release of prior Collateral Assignment of Happy State Bank
> - Release of Assignment of Leases and Rents
> - Release of the UCCs
> - Original Note (Marked paid in full)
> - Officer Certificate of HNGH
> - Officer Certificate of Happy State Bank
> - Joint Closing instructions
> - Note Reinstatement Document
> - Corrective Deed for Deed in Lieu Document
> - Dismissal of Tim Barton in State Court Lawsuit and Release of Guaranty

# # # END OF ORDER # # #