**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-swe** |
| | § | **CHAPTER 11** |
| **Debtor.** | § | |

**ORDER GRANTING REQUEST FOR EXPEDITED HEARING**

The request for an expedited hearing on the following Motions filed by 2999TC Acquisitions, LLC ("Debtor") is **GRANTED**.

a. Reorganized Debtor's Motion Pursuant to Sections 1142 and 105(a) of the Bankruptcy Code to (I) Enforce, (II) Clarify, Modify and/or Amend Agreed Orders and Plan Confirmation Order, and (III) Direct the Execution and Delivery of Instruments Necessary for the Transfer of Property Dealt with by the Confirmed Plan [Docket No. 173]; and

b. Reorganized Debtor's Motion for Entry of an Order Authorizing the Reorganized Debtor to Modify Debtor's Third Plan of Reorganization and Plan Confirmation Order [Docket No. 174].

An expedited hearing will be held on the Motions via Webex video conference on ________________, 2022, at ____________ before the Honorable Scott W. Everett, United States Bankruptcy Court.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Attorneys for Debtor