**John J. Kane**

| | |
|---|---|
| **From:** | John J. Kane |
| **Sent:** | Monday, May 30, 2022 5:53 PM |
| **To:** | Vipin Nambiar; Julie Blakeley |
| **Cc:** | Nate Christensen |
| **Subject:** | RE: [External Email] HNGH - Collateral Assignment of Note and Lien [IWOV-iManage.FID2137592] |
| **Attachments:** | 2 - Happy State Bank - Release of Collateral Transfer of Note and Lien v2 clean.docx; 3 - Happy State Bank - Release of Collateral Transfer of Note and Lien v2 redlined.docx |

Julie,

We received the attached proposed revised Collateral Assignment doc from Title Co. via debtor's lawyer. Redline is also attached. We're fine with these changes. These would be filed concurrently with payoff, so would need payoff statement from HSB to ensure we get you guys paid in full before this is recorded.

JOHN J. KANE
Director
KRCL 30 years
Kane Russell Coleman Logan PC
901 Main Street | Suite 5200 | Dallas, Texas 75202
Tel 214.777.4261 Cell 972.672.6915
krcl.com | krclblogs.com

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.

**From:** Vipin Nambiar <vnambiar@hncapitalpartners.com>
**Sent:** Friday, May 27, 2022 9:35 PM
**To:** Julie Blakeley <jblakeley@happybank.com>
**Cc:** John J. Kane <jkane@krcl.com>; Nate Christensen <nchristensen@hncapitalpartners.com>
**Subject:** Re: [External Email] HNGH - Collateral Assignment of Note and Lien [IWOV-iManage.FID2137592]

Julie, we want to make sure that borrower doesn't claim that this assignment procedure requires more time. It is purely procedural, but I want to make sure we are ready Tuesday morning if an expedited hearing is requested. Can you please get your counsel sensitive to this, so they review and clear the document as soon as possible.

John has been asked to hold the line on the payoff date, and I don't want any procedural delays to cause a problem on our payoff or remedies, whatever the outcome maybe.

Vipin

Sent from my iPhone

> On May 27, 2022, at 5:06 PM, Julie Blakeley <jblakeley@happybank.com> wrote:
>
> Thank you John! I will have it reviewed and let you know if there are any comments. I've requested a payoff letter but it may be Tuesday morning before it is sent out.
>
> Thanks,

**Julie Blakeley**
Regional President
jblakeley@happybank.com
Tel:(972) 407-4936
16633 North Dallas Parkway | Addison, TX 75001
Suite 350
NMLS:1226107

A DIVISION OF CENTENNIAL BANK
Happy State Bank | A Home BancShares Company (NYSE: HOMB)

The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** John J. Kane <jkane@krcl.com>
**Sent:** Friday, May 27, 2022 5:00 PM
**To:** Julie Blakeley <jblakeley@happybank.com>
**Cc:** Vipin Nambiar <vnambiar@hncapitalpartners.com>; Nate Christensen <nchristensen@hncapitalpartners.com>
**Subject:** [External Email] HNGH - Collateral Assignment of Note and Lien [IWOV-iManage.FID2137592]

Julie,

Please have your team review the attached. It will be held in escrow pending payment in full. Please also provide a payoff for May 31 if you can.

Thank you,

John

**JOHN J. KANE**
Director
KRCL 30 years
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4261 **Cell** 972.672.6915
**krcl.com** | **krclblogs.com**

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.