**From:** John J. Kane <jkane@krcl.com>
**Sent:** Sunday, June 12, 2022 10:26 PM
**To:** rrodriguez@feesmith.com
**Cc:** Brian Clark
**Subject:** Motion to Compel - 2999tc [IWOV-iManage.FID2137592]

I've reviewed your motion to compel. Which documents that have been admitted are incomplete or have attachments that are not included that are also not already in your client's possession? I am happy to comply with your request, but would like a little clarity on exactly what it is you're looking for.

Thank you in advance for your prompt clarification.

**JOHN J. KANE**
Director
KRCL 30
**Kane Russell Coleman Logan PC**
901 Main Street | Suite 5200 | Dallas, Texas 75202
**Tel** 214.777.4261 **Cell** 972.672.6915
**krcl.com** | **krclblogs.com**

This email and any attachments are confidential. If you received this email in error, please inform the sender and delete it. Thank you.