CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 11, 2022**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-SWE** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**ORDER GRANTING HNGH TURTLE CREEK, LLC'S MOTION TO STRIKE**

CAME ON FOR CONSIDERATION BY THE COURT the *Motion to Strike and Exclude Declaration of Randy Marx and Newly Created Document Attached Thereto* (the "**Motion**") filed on June 30, 2022 by HNGH Turtle Creek, LLC ("**HNGH**"), and the Court, having reviewed the Motion and all responsive pleadings, and having heard argument of counsel and determined good cause exists to grant the Motion, IT IS HEREBY:

ORDERED, ADJUDGED AND DECREED that HNGH's Motion is GRANTED, the Declaration of Randy Marx set forth at Docket No. 198, and the exhibit attached thereto are stricken.

# # # END OF ORDER # # #

Approved as to Form and Substance

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Attorneys for Debtor

Submitted by:

*/s/ John J. Kane*

John J. Kane
State Bar No. 24066794
Kane Russell Coleman Logan PC
901 Main Street, Suite 5200
Dallas, TX 75202
Attorneys for HNGH Turtle Creek, LLC