BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: 2999TC Acquisitions, LLC | Motion to Enforce | Case # 21−31954−swe11 |
| DEBTOR | **TYPE OF HEARING** | |

| | | |
|---|---|---|
| 2999 TC Acquisitions | ***VS*** | HNGH Turtle Creek, LLC |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |
| Joyce Lindauer | | John Kane |
| **ATTORNEY** | | **ATTORNEY** |

**EXHIBITS**

| | |
|---|---|
| 11A, 29, 100 | 122 |

| | | |
|---|---|---|
| Caitlynne Smith | 6/24/2022 | Scott W Everett |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |