Debtor: 2999 TC Acquisitions LLC

## APPENDIX B

## FEE APPLICATION COVER SHEET

**Interim / Final Fee Application of:** Joyce W. Lindauer Attorney, PLLC

**Capacity:** Attorneys for Debtor **Time Period:** 10/29/2021 to 05/18/2022

**Bankruptcy Petition Filed on:** 10/29/2021

**Date of Entry of Retention Order:** 01/25/2022 **Status of Case:** confirmed

**Amount Requested:** **Reductions:**

| | | | |
|---|---|---|---|
| Fees: | $ 76,785.00 | Voluntary fee reductions: | $ 1,989.00 |
| Expenses: | $ 4,607.80 | Expense reductions: | $ |
| Other: | $ | **Total Reductions:** | $ 1,989.00 |
| **Total:** | $ 81,392.80 | | |

**Draw Down Request:** **Expense Detail:**

| | | | |
|---|---|---|---|
| Retainer Received: | $ 11,000.00 | Copies - per page cost and total: | $ .20 / 1,580.00 |
| Previous Draw Down(s): | $ 0 | Fax - per page cost and total: | $ .50 / 277.07 |
| Remaining Retainer (now): | $ 11,000.00 | Computer Research: (Pacer) | $ 38.20 |
| Requested Draw Down: | $ 11,000.00 | Other: See detailed | $ |
| Retainer Remaining (after): | $ 0 | Other: exhibit | $ |

| **Hourly Rates** | **Attorney/Accountant** | **Paralegal/Clerical** |
|---|---|---|
| Highest Billed Rate: | $ 450 | $ 195 |
| Total Hours Billed: | 135.4 | 106.3 |
| Blended Rate: | $ 443.15 | $ 157.88 |

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**FIRST AND FINAL APPLICATION TO APPROVE PAYMENT
<u>OF FEES AND EXPENSES OF DEBTOR'S COUNSEL</u>**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, ROOM 1254, DALLAS, TEXAS 75242, BEFORE CLOSE OF BUSINESS WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF. ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

COMES NOW, Joyce W. Lindauer Attorney, PLLC, counsel for Debtor in the above-styled and numbered case and files this First and Final Application to Approve Payment of Fees and Expenses of Debtor's Counsel and in support thereof respectfully shows the Court the following:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b)(2)(A) and 1334, and 11 U.S.C. §§ 331 and 330.

2. On October 29, 2021 (the "Petition Date"), Debtor commenced this bankruptcy case (the "Bankruptcy Case") by filing its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

3. An order was entered authorizing the employment of Debtor's counsel.

4. Counsel has provided legal services to the Debtor and incurred expenses since its employment totaling $81,392.80. The fees and expenses incurred for the services represent actual, necessary services rendered by Counsel for the benefit of the Debtor's estate and its creditors.

5. This Application covers the time period for Joyce W. Lindauer Attorney, PLLC from October 29, 2021, through May 18, 2022, plus limited time spent in preparation of this application. A detailed statement of the services performed by Joyce Lindauer and others who worked with her and for the Debtor and the estate during this period, together with the listing of persons who devoted time during this period, along with the billing rates of such individuals is attached hereto and incorporated as **<u>Exhibit "A"</u>.** These statements show the date that services were rendered, the nature of the services rendered, by whom such services were rendered, and the time required for the performance of such services. During this period of time, Applicant has rendered professional services and incurred out-of-pocket expenses on behalf of the Debtor and the estate as follows:

| | Hours Spent | Fees Billed | Expenses | Total |
|---|---|---|---|---|
| Attorneys and Staff | 241.7 | $76,785.00 | $4,607.80 | $81,392.80 |

This Application seeks approval of all fees for services rendered and reimbursement of expenses incurred during the periods stated herein. The expenses are also detailed in the exhibits attached hereto.

6. The hourly rates specified in **Exhibit "A"** are reasonable, considering the nature of the services performed, and the experience of the persons rendering such service. Rates charged for expenses are reasonable, with photocopies at $.20 per copy and all other expenses at their actual costs. Applicant was paid a retainer of $11,000.00 and, of this amount $2,502.00 was paid for filing fees. A voluntary discount of $1,989.00 was also applied.

**REQUEST FOR COMPENSATION**

7. Pursuant to the decisions of the United States Court of Appeals for the Fifth Circuit in In re First Colonial Corp., 554 F.2d 1291 (5th Cir. 1977), and Johnson v. Georgia Highway Express, Inc., 488 F.2d 741 (5th Cir. 1974), Applicant requests the Court consider the following factors in determining the amount of compensation as reasonable for Applicant's services in this case.

A. Time and Labor Required:

The Applicant has expended 241.7 hours during the stated period in performing services for the Debtor and the estate in connection with these proceedings.

B. Novelty and Difficulty of Issues:

In the case, the work performed by the Applicant included, but was not limited to, assisting the Debtor in performing its duties, including working on the general administration of the case, preparing numerous pieces of correspondence, working on motions, obtaining approval of a disclosure statement and also confirmation of a plan.

C. The Requisite Skill to Perform Services Properly:

Applicant has the skill to complete the required tasks. Applicant is an experienced bankruptcy attorney. Joyce Lindauer has practiced in the area of bankruptcy law for over thirty (30) years.

D. Preclusion from Other Employment:

Applicant's work for the estate consumed a significant portion of Applicant's time, as more fully described in this Application. The Applicant has been unable to specifically estimate the amount of business that it has been precluded from accepting because of its involvement in the case.

E. Customary Fees:

The Applicant is applying for compensation for fees and expenses that reflect customary billing rates in matters of this kind. The hourly rates charged for performing services are below the range of those customarily charged by many other law firms in the Dallas and Fort Worth metropolitan area and are below the rates being charged by many lawyers practicing bankruptcy law with far fewer years of experience.

F. Fee Fixed or Contingent:

The fees for the Applicant's services were calculated on an hourly basis for actual time spent on the case. Time would be billed after confirmation based on standard hourly rates for the persons performing such services.

G. Time Limitations Imposed by the Client and Other Circumstances:

The Applicant worked diligently to get a plan approved in this case.

H. Experience, Reputation and Ability:

Applicant has worked in the area of bankruptcy law for many years and has extensive experience in this area. The above analysis and the narrative entries in **Exhibit "A"** demonstrate the services rendered by Applicant for the Debtor and the estate for which compensation is appropriate.

WHEREFORE, PREMISES CONSIDERED, the Applicant, Joyce W. Lindauer Attorney, PLLC, respectfully requests this Honorable Court to allow this Application in the sum of $81,392.80 in compensation for professional fees and expenses in connection with these proceedings as an allowed administrative claim in this estate pursuant to 11 U.S.C. § 503(b)(1)(A) and §507(a)(1), less the retainer received and voluntary discount applied for a net allowance of $68,403.80 and that Applicant have such other and further relief, in law or equity, to which it may show itself justly entitled.

Dated: July 18, 2022.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 18, 2022, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

**EXHIBIT "A"**

FEE APPLICATION DATA AND SUMMARIES

7/18/2022

| I. GENERAL INFORMATION | |
|---|---|
| Debtor/Client | 2999TC Acquisitions LLC |
| Case Number | 21-31954 |
| District / Division | Northern / Dalals |
| Fee Application Type (interim/final) | Final |
| Interim Fee Application Number (if applicable) | n/a |
| Date of Retention | 11/4/2021 |
| Date of Order Granting Application to Employ | 1/25/2022 |
| Time Period Covered | 10/29/2021 to 5/18/2022 |
| Applicant | Joyce W. Lindauer Attorney, PLLC |
| Capacity | Debtor's Attorney |

| II. CASE HISTORY | |
|---|---|
| Date Filed | 10/29/2021 |
| Chapter Under Which Case Was Commenced | 11 |
| Date Confirmed | 5/18/2022 |
| Effective Date | 5/21/2022 |
| Anticipated Distribution to Creditors: | |
| A. Administrative Expenses | 100% |
| B. Secured Creditors | 100% per agreement |
| C. Priority Creditors | 100% |
| D. General Unsecured Creditors | 50% |

| III. FEE SUMMARY | | |
|---|---|---|
| Gross Time | $76,785.00 | |
| Gross Expenses | $4,607.80 | |
| Subtotal - Gross Fees | $81,392.80 | |
| Less Voluntary Fee Reductions | | $1,989.00 |
| Less Voluntary Expense Reductions | | $0.00 |
| Less Total Fees Allowed to Date | | $0.00 |
| Less Total Retainer (if applicable) | | $11,000.00 |
| Less Total Holdback (if applicable) | | $0.00 |
| Less Other Amount Received by Applicant | | $0.00 |
| **Net Amount Requested** | **$68,403.80** | |

| IV. EXPENSE SUMMARY | Rate | Charge |
|---|---|---|
| Expense Reimbursement | Actual Cost | $96.53 |
| Fees, Filing | Actual Cost | $2,502.00 |
| Fees, Other | Actual Cost | $114.00 |
| Pacer | Actual Cost | $38.20 |
| Photocopies - Fee per Page | $0.20 | $1,580.00 |
| Postage | Actual Cost | $277.07 |
| | **Total:** | **$4,607.80** |

| V. AVERAGE HOURLY RATES | Attorney / Accountant | Paralegal / Clerical |
|---|---|---|
| Highest Rate | $450 | $195 |
| Lowest Rate | $275 | $95 |
| Gross Fees Charges | $60,002.50 | $16,782.50 |
| Gross Hours Billed | 135.4 | 106.3 |
| Average Rate | $443.15 | $157.88 |

| VI. PERSONS PROVIDING SERVICE | | Attorney Rate | Non-Attorney Rate |
|---|---|---|---|
| Joyce W. Lindauer | Attorney | $450 | |
| Austin Taylor | Associate Attorney | $275 | |
| Lawrence Boyd | Law Clerk | | $150-195 |
| Dian Gwinnup | Paralegal | | $125 |
| Deann Fagan | Paralegal | | $95 |
| David Lindauer | Analyst | | $95 |

| VII. ACTIVITY SUMMARY | Time (Hours) |
|---|---|
| 2004 Exam / Deposition | 10.8 |
| Case Administration | 56.9 |
| Confirmation Activities | 14.5 |
| Corporate Issues | 0.2 |
| Creditors Meeting | 1.4 |
| Debtor Interview | 1.3 |
| Discovery | 11.1 |
| Dismissal / Conversion | 37.7 |
| Employment Matters | 3.3 |
| Litigation / Adversary Matters | 39.4 |
| Monthly Operating Reports | 2.3 |
| Plan and Disclosure Statement | 35.0 |
| Sanctions | 11.8 |
| Schedules and Statement of Affairs | 8.4 |
| Settlement | 1.2 |
| Status Conference/Report | 3.2 |
| Stay Issues | 3.0 |
| Tax Issues | 0.2 |
| **Total:** | **241.7** |

**VIII. EXPENSE DETAIL**

| | Quantity | Price | Charge | Discount | Trans Date | Activity | Description |
|---|---|---|---|---|---|---|---|
| | 1 | $1,738.00 | $1,738.00 | | 10/29/2021 | Filing Fee | Chapter 11 voluntary petition. |
| | 201 | $0.20 | $40.20 | | 11/5/2021 | Photocopies | |
| | 66 | $0.20 | $13.20 | | 11/8/2021 | Photocopies | |
| | 33 | $0.53 | $17.49 | | 11/8/2021 | Postage | |
| | 1 | $350.00 | $350.00 | | 11/12/2021 | Filing Fee | Complaint |
| | 38 | $0.20 | $7.60 | | 11/12/2021 | Photocopies | |
| | 3 | $17.47 | $52.41 | | 11/17/2021 | Expense Reimbursement | Fed Ex |
| | 1 | $26.65 | $26.65 | | 11/17/2021 | Expense Reimbursement | Fed Ex |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | $17.47 | $17.47 | | 11/18/2021 | Expense Reimbursement | Fed Ex |
| | 1 | $350.00 | $350.00 | | 11/18/2021 | Filing Fee | Complaint |
| | 14 | $0.20 | $2.80 | | 11/18/2021 | Photocopies | |
| | 1 | $8.36 | $8.36 | | 11/18/2021 | Postage | |
| | 1 | $9.56 | $9.56 | | 11/18/2021 | Postage | |
| | 1 | $32.00 | $32.00 | | 11/19/2021 | Filing Fee | Matrix |
| | 31 | $0.20 | $6.20 | | 11/19/2021 | Photocopies | |
| | 14 | $0.20 | $2.80 | | 11/19/2021 | Photocopies | |
| | 1 | $8.36 | $8.36 | | 11/19/2021 | Postage | |
| | 102 | $0.20 | $20.40 | | 11/29/2021 | Photocopies | |
| | 34 | $0.53 | $18.02 | | 11/29/2021 | Postage | |
| | 1 | $6.00 | $6.00 | | 11/30/2021 | Pacer | |
| | 2 | $55.00 | $110.00 | | 12/2/2021 | Fees, other | Texas Secretary of State Fees |
| | 454 | $0.20 | $90.80 | | 12/2/2021 | Photocopies | |
| | 294 | $0.20 | $58.80 | | 12/6/2021 | Photocopies | |
| | 1801 | $0.20 | $360.20 | | 12/7/2021 | Photocopies | |
| | 1330 | $0.20 | $266.00 | | 12/7/2021 | Photocopies | |
| | 673 | $0.20 | $134.60 | | 12/7/2021 | Photocopies | |
| | 384 | $0.20 | $76.80 | | 12/8/2021 | Photocopies | |
| | 7 | $0.20 | $1.40 | | 12/13/2021 | Photocopies | |
| | 1 | $0.53 | $0.53 | | 12/13/2021 | Postage | |
| | 1 | $20.50 | $20.50 | | 12/31/2021 | Pacer | |
| | 1 | $3.90 | $3.90 | | 12/31/2021 | Pacer | |
| | 1 | $0.53 | $0.53 | | 1/27/2022 | Postage | |
| | 40 | $0.20 | $8.00 | | 2/9/2022 | Photocopies | |
| | 39 | $0.53 | $20.67 | | 2/9/2022 | Postage | |
| | 39 | $0.53 | $20.67 | | 2/9/2022 | Postage | |
| | 117 | $0.20 | $23.40 | | 2/10/2022 | Photocopies | |
| | 25 | $0.20 | $5.00 | | 2/16/2022 | Photocopies | |
| | 1 | $32.00 | $32.00 | | 2/17/2022 | Filing Fee | Schedules |
| | 10 | $0.20 | $2.00 | | 2/17/2022 | Photocopies | |
| | 120 | $0.20 | $24.00 | | 2/17/2022 | Photocopies | |
| | 40 | $0.53 | $21.20 | | 2/17/2022 | Postage | |
| | 40 | $0.53 | $21.20 | | 2/17/2022 | Postage | |
| | 1 | $1.00 | $1.00 | | 2/25/2022 | Fees, other | Texas Secretary of State Fees |
| | 1 | $1.70 | $1.70 | | 2/28/2022 | Pacer | |
| | 3 | $1.00 | $3.00 | | 3/10/2022 | Fees, other | Texas Secretary of State Fees |
| | 13 | $2.16 | $28.08 | | 3/11/2022 | Postage | |
| | 1 | $4.50 | $4.50 | | 3/31/2022 | Pacer | |
| | 6 | $0.20 | $1.20 | | 4/21/2022 | Photocopies | |
| | 165 | $0.20 | $33.00 | | 4/22/2022 | Photocopies | |
| | 1680 | $0.20 | $336.00 | | 4/28/2022 | Photocopies | |
| | 40 | $2.56 | $102.40 | | 4/28/2022 | Postage | |
| | 1 | $1.60 | $1.60 | | 4/30/2022 | Pacer | |
| | 132 | $0.20 | $26.40 | | 5/6/2022 | Photocopies | |
| | 196 | $0.20 | $39.20 | | 5/9/2022 | Photocopies | |
| **Subtotal - Expenses** | | | **$4,607.80** | **$0.00** | | | |

| **IX. ACTIVITY DETAIL** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | | | **Charge** | **Discount** | **Trans Date** | **Activity** | **Description** |
| Dian Gwinnup | 0.80 | $125.00 | | | $100.00 | | 10/29/2021 | Case Administration | Emails with client regarding petition and creditor matrix (0.2); update and file petition (0.5) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Joyce W. Lindauer | 0.80 | $450.00 | | | $360.00 | | 10/29/2021 | Case Administration | Work on 11 filing (0.3); review and file case (0.5) |
| Dian Gwinnup | 0.80 | $125.00 | | | $100.00 | | 11/1/2021 | Schedules & SoFA | Revise and file creditor matrix (0.5); prepare and file list of 20 largest unsecured creditors (0.2) |
| Dian Gwinnup | 0.80 | $125.00 | | | $100.00 | | 11/1/2021 | Case Administration | File declaration for electronic filing of petition and matrix (0.1) |
| Joyce W. Lindauer | 0.50 | $450.00 | | | $225.00 | | 11/1/2021 | Case Administration | Attend call. |
| Joyce W. Lindauer | 0.50 | $450.00 | | | $225.00 | | 11/1/2021 | Case Administration | Work on client conference. |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 11/2/2021 | Schedules & SoFA | Forward schedules and statement of financial affairs to client for review and updating |
| Dian Gwinnup | 0.5 | $ 125.00 | | | $62.50 | | 11/4/2021 | Stay Issues | Download and circulate the motion to dismiss case and motion for relief from stay filed by HNGH Turtle Creek |
| Joyce W. Lindauer | 1.1 | $ 450.00 | | | $495.00 | | 11/4/2021 | Stay Issues | Review docket, research prepetition waivers of automatic stay |
| Dian Gwinnup | 0.5 | $ 125.00 | | | $62.50 | | 11/5/2021 | Sanctions | Finalize and file motion to enforce automatic stay and motion for sanctions |
| Joyce W. Lindauer | 4.3 | $ 450.00 | | | $1,935.00 | | 11/5/2021 | Sanctions | Research and draft motion for sanctions for violation of stay and proposed order |
| Dian Gwinnup | 0.3 | $ 125.00 | | | $37.50 | | 11/5/2021 | Stay Issues | Prepare binder with motion to dismiss and motion for relief from stay filed by HNGH Turtle Creek |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 11/8/2021 | Case Administration | Attend client call re: pending matters. |
| Dian Gwinnup | 0.6 | $ 125.00 | | | $75.00 | | 11/8/2021 | Creditors Meeting | Serve 341 notice (0.4); prepare and file certificate of service regarding same (0.2) |
| Joyce W. Lindauer | 0.5 | $ 450.00 | | | $225.00 | | 11/8/2021 | Discovery | Work on telephone calls and discovery issues |
| Larry Boyd | 4.3 | $ 150.00 | | | $645.00 | | 11/8/2021 | Litigation Activities | Demand and notice for non-spoliation (1.5); drafted 11 subpoenas and exhibits to subpoenas (2.7); sent same to Joyce Lindauer (.1) |
| Joyce W. Lindauer | 0.5 | $ 450.00 | | | $225.00 | | 11/8/2021 | Litigation Activities | Work on demand letters and subpoenas |
| Dian Gwinnup | 0.6 | $ 125.00 | | | $75.00 | | 11/8/2021 | Stay Issues | Prepare and file motion to expedite hearing on motion to enforce automatic stay and for sanctions (0.3); prepare and file notice of expedited status conference (0.3) |
| Joyce W. Lindauer | 0.5 | $ 450.00 | | | $225.00 | | 11/9/2021 | Case Administration | Work on pending matters |
| Larry Boyd | 1.8 | $ 150.00 | | | $270.00 | | 11/9/2021 | Litigation Activities | Modifications to subpoenas and exhibit; scanned (1.5); saved and transmitted all to subject persons (.3) |
| Larry Boyd | 0.3 | $ 150.00 | | | $45.00 | | 11/10/2021 | Litigation Activities | Call with attorney for J.Glasgow re: subpoena deficiency (.1); research for rule on electronic service of subpoena (.2). |
| Joyce W. Lindauer | 0.5 | $ 450.00 | | | $225.00 | | 11/11/2021 | Case Administration | Work on reply |
| Dian Gwinnup | 0.5 | $ 125.00 | | | $62.50 | | 11/11/2021 | Litigation Activities | Finalize and file adversary complaint |
| Joyce W. Lindauer | 2.1 | $ 450.00 | | | $945.00 | | 11/11/2021 | Sanctions | Review and research objection to motion for sanctions for violation of stay (1.9); emails with client re: same (.2) |
| Joyce W. Lindauer | 4.6 | $ 450.00 | | | $2,070.00 | | 11/11/2021 | Sanctions | Draft reply to objection to motion for sanctions for violation of stay |
| Dian Gwinnup | 0.5 | $ 125.00 | | | $62.50 | | 11/11/2021 | Stay Issues | Finalize and file reply objection to motion to enforce stay and for sanctions (0.3); gather exhibits for November 12 status hearing (0.2) |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 11/12/2021 | Discovery | Work on discovery and subpoenas |
| Dian Gwinnup | 0.3 | $ 125.00 | | | $37.50 | | 11/12/2021 | Litigation Activities | Prepare and file adversary cover sheet |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Larry Boyd | 1.6 | $ 150.00 | | | $240.00 | | 11/12/2021 | Litigation Activities | Redraft subpoenas and prepared for courier delivery (1.3); modifications to subpoenas , and address list (.3) |
| Dian Gwinnup | 1.5 | $ 125.00 | | | $187.50 | | 11/12/2021 | Schedules & SoFA | Revise schedules and statement of financial affairs and email to client regarding information needed to complete same |
| Dian Gwinnup | 0.4 | $ 125.00 | | | $50.00 | | 11/12/2021 | Schedules & SoFA | Email to US Trustee regarding extending deadline to file schedules and related documents (0.1); prepare and file motion to extend deadline (0.3) |
| Joyce W. Lindauer | 0.5 | $ 450.00 | | | $225.00 | | 11/12/2021 | Status Conference / Report | Attend status hearing |
| Joyce W. Lindauer | 0.2 | $ 450.00 | | | $90.00 | | 11/15/2021 | Corporate Matters | Work on corporate status |
| Dian Gwinnup | 0.6 | $ 125.00 | | | $75.00 | | 11/15/2021 | Debtor Interview | Work on documents for Initial debtor interview, forward to client for review, completion and signature, and forward completed documents to US Trustee |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 11/15/2021 | Discovery | Work on discovery |
| Dian Gwinnup | 0.4 | $ 125.00 | | | $50.00 | | 11/15/2021 | Schedules & SoFA | Revise schedules and statement of financial affairs and forward to client for review |
| Dian Gwinnup | 0.2 | $ 125.00 | | | $25.00 | | 11/15/2021 | Tax Issues | Secretary of State search and forward tax forfeiture notice to client |
| Joyce W. Lindauer | 0.7 | $ 450.00 | | | $315.00 | | 11/16/2021 | Debtor Interview | Work on IDI |
| Joyce W. Lindauer | 0.5 | $ 450.00 | | | $225.00 | | 11/16/2021 | Discovery | Work on discovery |
| Larry Boyd | 0.6 | $ 195.00 | | | $117.00 | | 11/16/2021 | Dismissal | Review of scheduling and protective order (.1); bullets re: same to Joyce Lindauer (.4); forwarded same and discovery requests to debtor relto motion to dismiss and relief from stay to A. Taylor (.1) |
| Joyce W. Lindauer | 1.4 | $ 450.00 | | | $630.00 | | 11/16/2021 | Dismissal | Research and draft response to motion to dismiss or lift stay |
| Larry Boyd | 3.8 | $ 195.00 | | | $741.00 | | 11/17/2021 | Discovery | Draft RFPs and ROGs (3.7); sent to Joyce Lindauer for approval and service (.1) |
| Joyce W. Lindauer | 1.9 | $ 450.00 | | | $855.00 | | 11/17/2021 | Discovery | Work on discovery |
| Joyce W. Lindauer | 1.9 | $ 450.00 | | | $855.00 | | 11/17/2021 | Dismissal | Research and draft response to motion to dismiss or lift stay |
| Larry Boyd | 1.5 | $ 195.00 | | | $292.50 | | 11/17/2021 | Litigation Activities | Modifications to subpoena (1.1); served same (.1); work on service addresses (.3). |
| Dian Gwinnup | 0.5 | $ 125.00 | | | $62.50 | | 11/17/2021 | Schedules & SoFA | Revise schedules and forward documents to client for review |
| Joyce W. Lindauer | 5.6 | $ 450.00 | | | $2,520.00 | | 11/18/2021 | Dismissal | Research and draft response to motion to dismiss or lift stay |
| Dian Gwinnup | 0.5 | $ 125.00 | | | $62.50 | | 11/18/2021 | Employment Activities | Revise application to employ Joyce Lindauer, affidavit in support and order granting same |
| Dian Gwinnup | 1.4 | $ 125.00 | | | $175.00 | | 11/18/2021 | Litigation Activities | Letter to Secretary of State and serve complaint, summons, and scheduling order on HN Green Hollow Capital, HNGH Turtle Creek and Vipin Nambiar (1.0); prepare and file certificate of service (0.4) |
| Larry Boyd | 0.1 | $ 195.00 | | | $19.50 | | 11/18/2021 | Litigation Activities | Communications with J. Updegraff re: address for subpoena |
| Joyce W. Lindauer | 3.1 | $ 450.00 | | | $1,395.00 | | 11/19/2021 | Dismissal | Research and draft response to motion to dismiss or lift stay |
| Dian Gwinnup | 0.3 | $ 125.00 | | | $37.50 | | 11/19/2021 | Sanctions | Prepare and file notice of hearing regarding motion for sanctions |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Dian Gwinnup | 1.0 | $ 125.00 | | | $125.00 | | 11/19/2021 | Schedules & SoFA | Additional revisions to schedules and forward schedules, statement of financial affairs, amended matrix and amended list of 20 largest unsecured creditors to client for review (0.7); file same (0.3) |
| Joyce W. Lindauer | 1.2 | $ 450.00 | | | $540.00 | | 11/19/2021 | Schedules & SoFA | Work on pending matters and schedules and statement of financial affairs |
| Joyce W. Lindauer | 3.9 | $ 450.00 | | | $1,755.00 | | 11/22/2021 | Dismissal | Research and draft response to motion to dismiss or lift stay |
| Joyce W. Lindauer | 0.7 | $ 450.00 | | | $315.00 | | 11/24/2021 | Discovery | Draft response to interrogatories |
| Joyce W. Lindauer | 0.8 | $ 450.00 | | | $360.00 | | 11/24/2021 | Discovery | Work on discovery responses (0.3); work on response to motion to dismiss/ lift stay (0.5) |
| Joyce W. Lindauer | 1.0 | $ 450.00 | | | $450.00 | | 11/26/2021 | Dismissal | Draft response to motion to dismiss |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 11/29/2021 | Case Administration | Telephone conversation with Jeff Worley |
| Joyce W. Lindauer | 0.5 | $ 450.00 | | | $225.00 | | 11/29/2021 | Case Administration | Work on pending matters |
| Dian Gwinnup | 1.0 | $ 125.00 | | | $125.00 | | 11/29/2021 | Employment Activities | Finalize, file and serve application to employ Joyce W. Lindauer |
| Joyce W. Lindauer | 0.4 | $ 450.00 | | | $180.00 | | 11/29/2021 | Employment Activities | Work on application to be employed |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 11/30/2021 | Discovery | Work on discovery |
| Larry Boyd | 1.1 | $ 195.00 | | | $214.50 | | 12/1/2021 | Deposition / 2004 Exam | Attempt to send production to opposition counsel; drafted list of production required |
| Dian Gwinnup | 0.5 | $ 125.00 | | | $62.50 | | 12/1/2021 | Discovery | Work on production of documents to counsel for HNGN Turtle Creek |
| Joyce W. Lindauer | 0.2 | $ 450.00 | | | $90.00 | | 12/3/2021 | Case Administration | Work on offer and response |
| Joyce W. Lindauer | 5.0 | $ 450.00 | | | $2,250.00 | | 12/3/2021 | Deposition / 2004 Exam | Attend deposition |
| Joyce W. Lindauer | 0.6 | $ 450.00 | | | $270.00 | | 12/4/2021 | Case Administration | Work on agreed order |
| Dian Gwinnup | 2.5 | $ 125.00 | | | $312.50 | | 12/6/2021 | Case Administration | Work on witness and exhibit list for December 9 hearings, gather identified exhibits and file same (1.5); upload same with exhibits to Dropbox and forward link to opposing counsel (0.3); prepare amended witness and exhibit list, gather identified exhibits, and file same (1.0); update Dropbox folder with additional exhibit (0.2) |
| Dian Gwinnup | 0.2 | $ 125.00 | | | $25.00 | | 12/6/2021 | Case Administration | Revise agreed order |
| Joyce W. Lindauer | 1.5 | $ 450.00 | | | $675.00 | | 12/6/2021 | Case Administration | Prepare for hearing |
| Joyce W. Lindauer | 0.5 | $ 450.00 | | | $225.00 | | 12/6/2021 | Case Administration | Work on exhibit and witness list. |
| Joyce W. Lindauer | 2.7 | $ 450.00 | | | $1,215.00 | | 12/6/2021 | Dismissal | Review research and prepare counter - arguments to HGNH reply to objection to motion to dismiss |
| Joyce W. Lindauer | 1.9 | $ 450.00 | | | $855.00 | | 12/6/2021 | Dismissal | Draft supplemental response to HNGH motion to dismiss |
| Joyce W. Lindauer | 0.7 | $ 450.00 | | | $315.00 | | 12/6/2021 | Settlement Agreement/Activity | Work on settlement offer (0.2); work on exhibit and witness list (0.5) |
| Dian Gwinnup | 2.0 | $ 125.00 | | | $250.00 | | 12/7/2021 | Case Administration | Download and print exhibits of HNGH Turtle Creek for December 9 hearings (1.0); print exhibits for Debtor for December 9 hearings (1.0) |
| Joyce W. Lindauer | 1.2 | $ 450.00 | | | $540.00 | | 12/7/2021 | Case Administration | Work on pending matters for hearing |
| Joyce W. Lindauer | 4.5 | $ 450.00 | | | $2,025.00 | | 12/7/2021 | Case Administration | Prepare for hearing on the 9th |
| Joyce W. Lindauer | 1.5 | $ 450.00 | | | $675.00 | | 12/7/2021 | Case Administration | Attend hearings. |
| Joyce W. Lindauer | 0.8 | $ 450.00 | | | $360.00 | | 12/7/2021 | Creditors Meeting | Review documents for 341 meeting. |
| Dian Gwinnup | 0.3 | $ 125.00 | | | $37.50 | | 12/7/2021 | Dismissal | Finalize and file supplement to response to motion to dismiss |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Joyce W. Lindauer | 4.9 | $ 450.00 | | | $2,205.00 | | 12/7/2021 | Dismissal | Draft supplemental response to HNGH motion to dismiss, prepare summary of arguments for hearing |
| Larry Boyd | 8.1 | $ 195.00 | | | $1,579.50 | $604.50 | 12/7/2021 | Litigation Activities | Communications with client re: subpoenas (.2); draft same (1.0); exhibit prep (3.8); compared debtor and creditor exhibits (1.0); drafted exhibit congruency matrix (1.5); drafted exhibit 33 excerpt index (.5); sent same to Joyce Lindauer and Dian Gwinnup with all excerpted exhibits for filing (.1). |
| Joyce W. Lindauer | 9.0 | $ 450.00 | | | $4,050.00 | | 12/8/2021 | Case Administration | Work on hearings for the 9th, trial prep. |
| Dian Gwinnup | 1.2 | $ 125.00 | | | $150.00 | | 12/8/2021 | Deposition / 2004 Exam | Prepare and file supplement to witness and exhibit list for December 9 hearings (1.0); file Tim Barton deposition excerpts (0.2) |
| Larry Boyd | 12.8 | $ 195.00 | | | $2,496.00 | $1,326.00 | 12/8/2021 | Litigation Activities | Work on exhibit prep for trial (10.1); draft exhibit indices (.3); email communications with CBRE Appraiser (.2); email communications with opposing counsel re: missing exhibits (.2); updates to exhibit congruency matrix (.5); read creditors's T. Barton deposition excerpts and draft comparative deposition excerpt file (1.5). |
| Dian Gwinnup | 0.3 | $ 125.00 | | | $37.50 | | 12/8/2021 | MOR & Other Operating Reports | Review and file operating report for October 2021 |
| Deann Fagan | 0.5 | $ 95.00 | | | $47.50 | | 12/8/2021 | Schedules & SoFA | Amended schedules |
| Dian Gwinnup | 0.6 | $ 125.00 | | | $75.00 | | 12/8/2021 | Schedules & SoFA | Review email received from client and revise schedules and statement of financial affairs |
| Larry Boyd | 1.5 | $ 195.00 | | | $292.50 | | 12/9/2021 | Case Administration | Hearing prep (1.0); reviewed plan for necessary modifications (.5) |
| Joyce W. Lindauer | 4.0 | $ 450.00 | | | $1,800.00 | | 12/9/2021 | Case Administration | Work on agreement and attend hearing with Court regarding same |
| Joyce W. Lindauer | 1.5 | $ 450.00 | | | $675.00 | | 12/9/2021 | Dismissal | Work on pending matters and dismissal. |
| Dian Gwinnup | 0.2 | $ 125.00 | | | $25.00 | | 12/9/2021 | Litigation Activities | Work on motion to abate adversary proceeding |
| Joyce W. Lindauer | 1.5 | $ 450.00 | | | $675.00 | | 12/10/2021 | Case Administration | Work on pending matters |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 12/10/2021 | Discovery | Work on follow up documentation |
| Larry Boyd | 0.3 | $ 195.00 | | | $58.50 | $58.50 | 12/20/2021 | Litigation Activities | HNGH litigation: Review docket to determine if agreed motion to abate and associated order have been entered. |
| Joyce W. Lindauer | 0.2 | $ 450.00 | | | $90.00 | | 12/21/2021 | Case Administration | Work on pending matters |
| Dian Gwinnup | 0.3 | $ 125.00 | | | $37.50 | | 12/21/2021 | MOR & Other Operating Reports | Review and file operating report for November 2021 |
| Dian Gwinnup | 0.3 | $ 125.00 | | | $37.50 | | 12/22/2021 | Employment Activities | Prepare and file CNO regarding application to employ Joyce Lindauer and upload order granting same |
| Larry Boyd | 1.4 | $ 195.00 | | | $273.00 | | 1/18/2022 | Case Administration | Inputs to draft letter re: acquisition of possession of Turtle Creek |
| Joyce W. Lindauer | 0.4 | $ 450.00 | | | $180.00 | | 1/24/2022 | Case Administration | Work on follow up letter |
| Dian Gwinnup | 0.3 | $ 125.00 | | | $37.50 | | 1/27/2022 | MOR & Other Operating Reports | Review and file operating report for December 2021 |
| Dian Gwinnup | 0.3 | $ 125.00 | | | $37.50 | | 1/28/2022 | MOR & Other Operating Reports | Review and file operating report for December 2021 |
| Joyce W. Lindauer | 0.5 | $ 450.00 | | | $225.00 | | 1/30/2022 | Case Administration | Attend client meeting. Weekend call. |
| Joyce W. Lindauer | 0.2 | $ 450.00 | | | $90.00 | | 1/31/2022 | Case Administration | Work on pending matters. |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 1/31/2022 | Discovery | Work on discovery stipulation. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Joyce W. Lindauer | 0.5 | $ 450.00 | | | $225.00 | | 2/2/2022 | Plan and Disclosure Statement | Work on plan and disclosure statement |
| Joyce W. Lindauer | 1.0 | $ 450.00 | | | $450.00 | | 2/4/2022 | Plan and Disclosure Statement | Work on draft of disclosure statement. |
| Joyce W. Lindauer | 1.5 | $ 450.00 | | | $675.00 | | 2/5/2022 | Plan and Disclosure Statement | Work on disclosure statement |
| Joyce W. Lindauer | 1.0 | $ 450.00 | | | $450.00 | | 2/7/2022 | Plan and Disclosure Statement | Work on disclosure statement |
| Dian Gwinnup | 0.2 | $ 125.00 | | | $25.00 | | 2/7/2022 | Schedules & SoFA | Forward list of unsecured creditors to client for review |
| Larry Boyd | 1.0 | $ 195.00 | | | $195.00 | | 2/8/2022 | Case Administration | Draft letter to client re: nature of payoff discussions with lender (.8). Sent same to Joyce for approval, modification to client (.2) |
| Deann Fagan | 0.5 | $ 95.00 | | | $47.50 | | 2/9/2022 | Dismissal | Worked on serves re: motion to dismiss |
| Dian Gwinnup | 0.5 | $ 125.00 | | | $62.50 | | 2/9/2022 | Dismissal | Prepare, file and serve motion to dismiss case |
| Dian Gwinnup | 0.5 | $ 125.00 | | | $62.50 | | 2/9/2022 | Plan and Disclosure Statement | Revise first amended plan of reorganization |
| Joyce W. Lindauer | 0.5 | $ 450.00 | | | $225.00 | | 2/10/2022 | Case Administration | Telephone conversation re: lending matters and lender |
| Joyce W. Lindauer | 0.9 | $ 450.00 | | | $405.00 | | 2/11/2022 | Discovery | Follow up on discovery, work on responses. |
| Joyce W. Lindauer | 0.4 | $ 450.00 | | | $180.00 | | 2/11/2022 | Litigation Activities | Prep for client meeting |
| Joyce W. Lindauer | 0.2 | $ 450.00 | | | $90.00 | | 2/14/2022 | Case Administration | Respond to Tall Ships email |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 2/14/2022 | Plan and Disclosure Statement | Work on plan and disclosure statement |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 2/14/2022 | Plan and Disclosure Statement | Continued work on plan edits |
| Joyce W. Lindauer | 0.2 | $ 450.00 | | | $90.00 | | 2/14/2022 | Status Conference / Report | Work on bullet report / status memo |
| Joyce W. Lindauer | 0.2 | $ 450.00 | | | $90.00 | | 2/14/2022 | Status Conference / Report | Work on bullet report / status memo |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 2/16/2022 | Case Administration | Work on pending matters |
| Dian Gwinnup | 0.3 | $ 125.00 | | | $37.50 | | 2/16/2022 | Schedules & SoFA | Review information received from client and work on revisions to schedules |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 2/17/2022 | Case Administration | Work on deal |
| Dian Gwinnup | 0.8 | $ 125.00 | | | $100.00 | | 2/17/2022 | Schedules & SoFA | Review additional information received from client and make additional revisions to schedules (0.2); forward to client for review and signature (0.1); file and serve amended schedules (0.5) |
| Joyce W. Lindauer | 0.2 | $ 450.00 | | | $90.00 | | 2/18/2022 | Case Administration | Work on pending matters |
| Joyce W. Lindauer | 0.5 | $ 450.00 | | | $225.00 | | 2/21/2022 | Case Administration | Attend client call regarding pending matters |
| Dian Gwinnup | 0.3 | $ 125.00 | | | $37.50 | | 2/21/2022 | MOR & Other Operating Reports | Review and file operating report for January 2022 |
| Dian Gwinnup | 0.1 | $ 125.00 | | | $12.50 | | 2/21/2022 | MOR & Other Operating Reports | Email to client regarding status of operating report |
| Joyce W. Lindauer | 0.2 | $ 450.00 | | | $90.00 | | 2/21/2022 | Plan and Disclosure Statement | Work on term sheets |
| Joyce W. Lindauer | 0.5 | $ 450.00 | | | $225.00 | | 2/21/2022 | Plan and Disclosure Statement | Work on plan revisions and disclosure statement |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 2/22/2022 | Dismissal | Work on dismissal of adversary proceeding |
| Dian Gwinnup | 0.3 | $ 125.00 | | | $37.50 | | 2/23/2022 | Dismissal | Prepare and file request for expedited hearing on motion to dismiss case |
| Austin Taylor | 0.6 | $ 275.00 | | | $165.00 | | 2/23/2022 | Dismissal | Draft notice of hearing on motion to dismiss |
| Austin Taylor | 2.2 | $ 275.00 | | | $605.00 | | 2/23/2022 | Dismissal | Draft agree order |
| Joyce W. Lindauer | 1.5 | $ 450.00 | | | $675.00 | | 2/24/2022 | Plan and Disclosure Statement | Work on plan |
| Joyce W. Lindauer | 1.3 | $ 450.00 | | | $585.00 | | 2/25/2022 | Case Administration | Telephone conversation regarding pending agreements with lenders and buyers |
| Dian Gwinnup | 2.3 | $ 125.00 | | | $287.50 | | 2/25/2022 | Dismissal | Review, revise and firl first amended plan and disclosure statement |
| Joyce W. Lindauer | 1.3 | $ 450.00 | | | $585.00 | | 2/25/2022 | Plan and Disclosure Statement | Draft amended plan |
| Joyce W. Lindauer | 1.5 | $ 450.00 | | | $675.00 | | 2/25/2022 | Plan and Disclosure Statement | Work on plan and disclosure statement |
| Joyce W. Lindauer | 1.0 | $ 450.00 | | | $450.00 | | 3/3/2022 | Case Administration | Work on conference call regarding pending order |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Dian Gwinnup | 0.3 | $ 125.00 | | | $37.50 | | 3/3/2022 | Plan and Disclosure Statement | Prepare order and notice for hearing on disclosure statement and submit to Court for entry |
| Joyce W. Lindauer | 1.2 | $ 450.00 | | | $540.00 | | 3/4/2022 | Case Administration | Attend client calls |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 3/8/2022 | Case Administration | Work on payoff issues |
| Joyce W. Lindauer | 0.5 | $ 450.00 | | | $225.00 | | 3/9/2022 | Case Administration | Work on telephone conversation regarding extension (0.3); work on letter of intent with Craig Hall (0.2) |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 3/9/2022 | case Administration | Work on offers |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 3/9/2022 | Case Administration | Work on pending matters for extension |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 3/9/2022 | Case Administration | Work on Craig Hall offer |
| Dian Gwinnup | 1.0 | $ 125.00 | | | $125.00 | | 3/10/2022 | Status Conference / Report | Work on status report for March 11 status conference and file same |
| Dian Gwinnup | 0.7 | $ 125.00 | | | $87.50 | | 3/14/2022 | Case Administration | Finalize and file motion to extend time to pay HNGH Turtle Creek (0.3); finalize and file motion to expedite hearing on same (0.3); email to Court requesting expedited hearing (0.1) |
| Joyce W. Lindauer | 3.5 | $ 450.00 | | | $1,575.00 | | 3/14/2022 | Deposition / 2004 Exam | Work on pending documents |
| Larry Boyd | 2.0 | $ 195.00 | | | $390.00 | | 3/14/2022 | Litigation Activities | Emergency motion to extend time for payment to HNGH (1.5); Order re: same (0.2) and request for expedited hearing re same (0.3) |
| Joyce W. Lindauer | 1.5 | $ 450.00 | | | $675.00 | | 3/14/2022 | Litigation Activities | Work on extension documents |
| Dian Gwinnup | 0.4 | $ 125.00 | | | $50.00 | | 3/15/2022 | Case Administration | Prepare and file notice of expedited hearing regarding motion to extend deadline to pay HNGH Turtle Creek |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 3/16/2022 | Case Administration | Work on Tall Ships issues |
| Dian Gwinnup | 0.2 | $ 125.00 | | | $25.00 | | 3/17/2022 | Dismissal | Prepare and file notice of rescheduled hearing on motion to dismiss case |
| Dian Gwinnup | 0.1 | $ 125.00 | | | $12.50 | | 3/18/2022 | MOR & Other Operating Reports | Email to client reminding of deadline to file monthly operating report |
| Joyce W. Lindauer | 1.5 | $ 450.00 | | | $675.00 | | 3/21/2022 | Case Administration | Work on agreement with Tall Ships |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 3/21/2022 | Case Administration | Telephone conversation regarding agreement |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 3/21/2022 | Case Administration | Work on pending matters |
| Austin Taylor | 1.1 | $ 275.00 | | | $302.50 | | 3/21/2022 | Employment Activities | Draft app to employ re: Broker |
| Joyce W. Lindauer | 1.5 | $ 450.00 | | | $675.00 | | 3/22/2022 | Litigation Activities | Work on Tall Ships agreement and Court filings |
| Dian Gwinnup | 0.3 | $ 125.00 | | | $37.50 | | 3/22/2022 | MOR & Other Operating Reports | Review and file operating report for February 2022 |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 3/22/2022 | Status Conference / Report | Attend status hearing |
| Joyce W. Lindauer | 0.5 | $ 450.00 | | | $225.00 | | 3/22/2022 | Status Conference / Report | Work on pending matters and plan issues. |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 3/23/2022 | Case Administration | Work on pending extension and Tall Ships matter |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 3/24/2022 | Case Administration | Work on money funding |
| Joyce W. Lindauer | 1.0 | $ 450.00 | | | $450.00 | | 3/28/2022 | Case Administration | Work on pending matters. |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 3/30/2022 | Litigation Activities | Telephone conversation with Mike Held pending matters |
| Dian Gwinnup | 1.1 | $ 125.00 | | | $137.50 | | 4/13/2022 | Confirmation | Prepare and file motion to extend confirmation deadline and order granting same (0.7); email to US Trustee regarding expedited hearing on same (0.1); prepare motion to expedite hearing and order granting same (0.3) |
| Dian Gwinnup | 0.3 | $ 125.00 | | | $37.50 | | 4/14/2022 | Confirmation | Locate documents for Mr. K |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Dian Gwinnup | 0.5 | $ 125.00 | | | $62.50 | | 4/14/2022 | Confirmation | Finalize and file request for expedited hearing on motion to extend time to confirm a plan (0.2); prepare and file notice of expedited hearing regarding same (0.3) |
| Dian Gwinnup | 0.2 | $ 125.00 | | | $25.00 | | 4/14/2022 | Confirmation | Review file and prepare list of upcoming deadlines and hearings |
| Joyce W. Lindauer | 0.2 | $ 450.00 | | | $90.00 | | 4/15/2022 | Case Administration | Review closing points |
| Dian Gwinnup | 0.5 | $ 125.00 | | | $62.50 | | 4/20/2022 | Confirmation | Prepare and file witness and exhibit list for April 25th hearing |
| Dian Gwinnup | 0.2 | $ 125.00 | | | $25.00 | | 4/20/2022 | Dismissal | Email to Court to reschedule hearing on motion to dismiss case |
| Dian Gwinnup | 0.3 | $ 125.00 | | | $37.50 | | 4/21/2022 | MOR & Other Operating Reports | Review and file operating report for March 2022 |
| Joyce W. Lindauer | 0.5 | $ 450.00 | | | $225.00 | | 4/22/2022 | Case Administration | Telephone conversation with Mr K. regarding concluding the bankruptcy case |
| Joyce W. Lindauer | 1.0 | $ 450.00 | | | $450.00 | | 4/22/2022 | Plan and Disclosure Statement | Work on trial for plan and disclosure statement |
| Joyce W. Lindauer | 2.5 | $ 450.00 | | | $1,125.00 | | 4/23/2022 | Plan and Disclosure Statement | Work on amending plan and disclosure statement |
| Dian Gwinnup | 1.4 | $ 125.00 | | | $175.00 | | 4/24/2022 | Plan and Disclosure Statement | Finalize and file 2nd amended plan and 1st amended disclosure statement (1.0); finalize and file motion to extend time for confirmation hearing and related deadlines (0.4) |
| Joyce W. Lindauer | 1.5 | $ 450.00 | | | $675.00 | | 4/24/2022 | Plan and Disclosure Statement | Work on plan and disclosure statement revisions |
| Dian Gwinnup | 0.3 | $ 125.00 | | | $37.50 | | 4/25/2022 | Confirmation | Forward motion to extend time for confirmation hearing and related deadlines to US Trustee for review and comment |
| Dian Gwinnup | 1.0 | $ 125.00 | | | $125.00 | | 4/25/2022 | Plan and Disclosure Statement | Revise 2nd amended plan to incorporate changes received from John Kane, file same and email courtesy copy to Cour7 |
| Dian Gwinnup | 0.7 | $ 125.00 | | | $87.50 | | 4/25/2022 | Plan and Disclosure Statement | Revise 1st amended disclosure statement to incorporate changes received from John Kane |
| Joyce W. Lindauer | 1.3 | $ 450.00 | | | $585.00 | | 4/25/2022 | Plan and Disclosure Statement | Attend hearings on Disclosure Statement and deadlines |
| Dian Gwinnup | 1.0 | $ 125.00 | | | $125.00 | | 4/26/2022 | Confirmation | Revise, finalize and file 2nd amended disclosure statement (0.7); work on order approving disclosure statement (0.3) |
| Dian Gwinnup | 0.3 | $ 125.00 | | | $37.50 | | 4/27/2022 | Confirmation | Prepare and file certificate of conference regarding motion to shorten time for confirmation hearing and related deadlines, and forward and related deadlines, and forward courtesy copy of Court Clerk |
| Dian Gwinnup | 2.0 | $ 125.00 | | | $250.00 | | 4/27/2022 | Confirmation | Numerous emails with Court to scheduled confirmation hearing (.3); finalize and submit order approving disclosure statement (0.4); prepare ballot (0.3); prepare notice of confirmation hearing (0.3); prepare documents for service (0.7) |
| Dian Gwinnup | 0.9 | $ 125.00 | | | $112.50 | | 4/28/2022 | Confirmation | Finalize and file notice of confirmation hearing (0.2); finalize documents for service (0.5); forward plan documents to client (0.2); |
| Joyce W. Lindauer | 0.5 | $ 450.00 | | | $225.00 | | 4/28/2022 | Confirmation | Work on confirmation mail out |
| Dian Gwinnup | 0.2 | $ 125.00 | | | $25.00 | | 4/29/2022 | Confirmation | Prepare and file certificate of service regarding solicitation package |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 4/29/2022 | Plan and Disclosure Statement | Work on creditor payoff numbers for client |
| Dian Gwinnup | 0.3 | $ 125.00 | | | $37.50 | | 5/1/2022 | Dismissal | Prepare and file notice of reschedules hearing motion to dismiss |
| Larry Boyd | 5.0 | $ 195.00 | | | $975.00 | | 5/2/2022 | Plan and Disclosure Statement | Research plan and disclosure statement and drafted letter to lender re: history of Chapter 11 case, plan provisions, current status of case with modifications to same (4.5); created attachments to same (0.3); email to Walji and Joyce W. Lindauer re recipient info (0.2) |
| Joyce W. Lindauer | 0.5 | $ 450.00 | | | $225.00 | | 5/2/2022 | Status Conference / Report | Work on status letter |
| Dian Gwinnup | 0.2 | $ 125.00 | | | $25.00 | | 5/3/2022 | Case Administration | Review and revise memo to lender |
| Larry Boyd | 4.8 | $ 195.00 | | | $936.00 | | 5/3/2022 | Plan and Disclosure Statement | Modifications to letter to lender and sent same to K. Walji (3.9); Telcons with K. Walji and J. Howell re same (08); sent both signed and unsigned versions to J. Howell (0.1) |
| Joyce W. Lindauer | 0.5 | $ 450.00 | | | $225.00 | | 5/3/2022 | Settlement Agreement/Activity | Work on letter regarding pending case and filing |
| Dian Gwinnup | 0.2 | $ 125.00 | | | $25.00 | | 5/4/2022 | Dismissal | Prepare and file notice of rescheduled hearing on motion to dismiss at Court's request |
| Larry Boyd | 3.7 | $ 195.00 | | | $721.50 | | 5/4/2022 | Plan and Disclosure Statement | Modifications to memo to lender |
| Dian Gwinnup | 0.2 | $ 125.00 | | | $25.00 | | 5/5/2022 | Confirmation | Telephone conversation with client regarding ballots |
| Dian Gwinnup | 1.1 | $ 125.00 | | | $137.50 | | 5/6/2022 | Confirmation | Prepare and file ballot tally (0.3); prepare witness and exhibit list and gather exhibits for confirmation hearing (0.5); file same (0.3) |
| Joyce W. Lindauer | 1.5 | $ 450.00 | | | $675.00 | | 5/6/2022 | Confirmation | Work on plan approval and deadlines. |
| Joyce W. Lindauer | 0.5 | $ 450.00 | | | $225.00 | | 5/6/2022 | Plan and Disclosure Statement | Work on plan matters and confirmation |
| Austin Taylor | 0.3 | $ 275.00 | | | $82.50 | | 5/9/2022 | Confirmation | Proffer: Draft proffer in support of confirmation |
| Dian Gwinnup | 0.4 | $ 125.00 | | | $50.00 | | 5/10/2022 | Confirmation | File proffer of Tim Barton in support of confirmation (0.1); email and call with Court regarding changing confirmation hearing to Webex instead of in person (0.2); email to clients with Webex link (0.1) |
| Dian Gwinnup | 0.2 | $ 125.00 | | | $25.00 | | 5/10/2022 | Confirmation | Work on confirmation order |
| Austin Taylor | 1.1 | $ 275.00 | | | $302.50 | | 5/10/2022 | Confirmation | Pay Chart: Draft pay chart |
| Joyce W. Lindauer | 0.8 | $ 450.00 | | | $360.00 | | 5/10/2022 | Confirmation | Work on proffer (0.3); Attend confirmation hearing (0.5) |
| Dian Gwinnup | 0.3 | $ 125.00 | | | $37.50 | | 5/10/2022 | Plan and Disclosure Statement | Update plan pay chart |
| Larry Boyd | 0.6 | $ 195.00 | | | $117.00 | | 5/11/2022 | Plan and Disclosure Statement | Modifications to memo to lender (0.5); sent same to Joyce Lindauer for K. Ealji (0.1) |
| Larry Boyd | 0.1 | $ 195.00 | | | $19.50 | | 5/12/2022 | Case Administration | Modifications to Memo to Lender and sent same to Joyce Lindauer |
| Joyce W. Lindauer | 0.6 | $ 450.00 | | | $270.00 | | 5/12/2022 | Confirmation | Work on confirmation order (0.3); work on title company issues for closing (0.3) |
| Dian Gwinnup | 0.2 | $ 125.00 | | | $25.00 | | 5/16/2022 | Confirmation | Revise confirmation order and submit for entry by Court |
| Joyce W. Lindauer | 1.3 | $ 450.00 | | | $585.00 | | 5/16/2022 | Dismissal | Work on pending filings and confirmation order (1.0); Work on dismissal of guaranty suit (0.3) |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 5/17/2022 | Confirmation | Work on followup on confirmation order |
| Dave Lindauer | 0.4 | $ 95.00 | | | $38.00 | | 7/18/2022 | Case Administration | Compile data for fee exhibit |
| Dave Lindauer | 1.5 | $ 95.00 | | | $142.50 | | 7/18/2022 | Case Administration | Prepare fee exhibit A |
| Dave Lindauer | 0.2 | $ 95.00 | | | $19.00 | | 7/18/2022 | Case Administration | Prepare Northern District Cover Sheet |
| Dian Gwinnup | 0.6 | $ 125.00 | | | $75.00 | | 7/18/2022 | Case Administration | Draft fee motion and related documents |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Dian Gwinnup | 0.7 | $ 125.00 | | | $87.50 | | 7/18/2022 | Case Administration | Finalize, file and serve fee application and related documents |
| Joyce W. Lindauer | 0.3 | $ 450.00 | | | $135.00 | | 7/18/2022 | Case Administration | Review and revise draft fee application |
| **Subtotal - Time** | **241.7** | | | | **$ 76,785.00** | **$ 1,989.00** | | | |

Label Matrix for local noticing
0539-3
Case 21-31954-swe11
Northern District of Texas
Dallas
Mon Jul 18 19:31:23 CDT 2022

2999TC Acquisitions, LLC
13901 Midway Rd.
Suite 102
Dallas, TX 75244-4388

Blackfoot Interest, Ltd.
c/o Katherine Hopkins
Kelly Hart & Hallman LLP
201 Main Street, Ste. 2500
Fort Worth, TX 76102-3194

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K Knighton
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207-2328

L. Allen Hodges III, Individually
c/o Katherine Hopkins
Kelly Hart & Hallman LLP
201 Main Street, Ste. 2500
Fort Worth, TX 76102-3194

L. Allen Hodges III, as Independent Executor
c/o Katherine Hopkins
Kelly Hart & Hallman LLP
201 Main Street, Ste. 2500
Fort Worth, TX 76102-3194

LAH III Family Specific Interest, Ltd.
c/o Katherine Hopkins
Kelly Hart & Hallman LLP
201 Main Street, Ste. 2500
Fort Worth, TX 76102-3194

Tejas Group, Ltd.
c/o Katherine Hopkins
Kelly Hart & Hallman LLP
201 Main Street, Ste. 2500
Fort Worth, TX 76102-3194

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548

Avingstone International
Leconfield House
Curzon Street
London W1J5JA
United Kingdom

BC Collaborations LLC
3101 Avondale Avenue
Fort Worth, TX 76109-1002

Bluefrog Plumbin+Drain
9101 Lyndon B Johnson Freeway
Suite 300
Dallas, TX 75243-1900

Brockette Davis Drake Inc.
4144 N. Central Expressway
Suite 100
Dallas, TX 75204-2187

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K. Knighton
2777 N. Stemmons Fwy. Ste. 1000
Dallas, TX 75207-2328

Dallas County Tax Office
PO Box 139066
Dallas, TX 75313-9066

Dorsey & Whitney LLP
300 Crescent Court
Suite 400
Dallas, TX 75201-7847

FAB Studio
5005 Greenville Ave
Suite 155
Dallas, TX 75206-4043

Greenburg Traurig
2101 L Street NW
Washington, DC 20037-1526

HNGH Turtle Creek, LLC
c/o John J. Kane
Kane Russell Coleman Logan PC
901 Main Street, Suite 5200
Dallas, Texas 75202-3705

HNGH Turtle Creek, LLC
c/o Rusty O'Kane
Wick Phillips
3131 McKinney Ave., Suite 100
Dallas, TX 75204-2430

HR Sterling LLC
13901 Midway Rd
Suite 102
Dallas, TX 75244-4388

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242-1100

JMJ Development, LLC
Metzger Law PLLC
3626 N. Hall Street, Suite 800
Dallas, TX 75219-5133

Jackson Walker LLP
Suzan Kedron
2323 Ross Avenue
Suite 600
Dallas, TX 75201-2725

Jackson Walker, LLP
P.O. Box 130989
Dallas, TX 75313-0989

Law Office of Bruce K Thomas
12900 Preston Rd
Suite 590
Dallas, Texas 75230-1353

Linebargar Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

Max M. Wayman and Associates Inc.
2650 River Park Drive
Fort Worth, TX 76116-0718

McMurry Law, PLLC
508 W. Lookout Drive
Suite 14-74
Richardson, TX 75080-2176

Metzger Law PLLC
3626 N. Hall Street
Suite 800
Dallas, TX 75219-5133

Morrelli Design Consultants LLC
1400 San Ysidro Drive
Beverly Hills, CA 90210-2109

Nitya Capital
8901 Gaylord
Suite 100
Houston, TX 77024-3042

Pacheco Koch
7557 Rambler Road
Suite 1400
Dallas, TX 75231-2388

Quick Moves Resources
6810 Parkdale Dr.
Dallas, TX 75227-5828

Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Robin Phelan
Phelanlaw
4214 Woodfin Drive
Dallas, TX 75220-6416

SLS Consultants LLC
4222 Roseland Avenue
Suite 106
Dallas, TX 75204-4448

Talley Associates, Inc.
1925 San Jacinto
Suite 400
Dallas, TX 75201-7107

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001

The Concord Group LLC
369 San Miguel Drive
Suite 265
Newport Beach, CA 92660-7846

Tim Barton
Metzger Law, PLLC
3626 N. Hall Street, Suite 800
Dallas, TX 75219-5133

U. S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242-1011

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

West & Associates LLP
320 S. RL Thornton Freeway
Suite 300
Dallas, TX 75203-1842

Joyce Lindauer
Joyce Lindauer Attorney, PLLC
1412 Main Street, Ste. 500
Dallas, TX 75202-4042

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202-4042

Robin Eric Phelan
Robin Phelan Law
4214 Woodfin Drive
Dallas, TX 75220-6416

Tim Barton
1755 Wittington, Suite 340
Dallas, TX 75234-1930

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Texas Comptroller of Public Accounts
Revenue Accting Div - Bankr Section
PO Box 13528
Austin, TX 78711-3528

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Centennial Bank d/b/a Happy State Bank

(u)HNGH Turtle Creek, LLC

(u)JMJ Development LLC

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 51 |
| Bypassed recipients | 3 |
| Total | 54 |