BTXN 208 (rev. 07/09)

IN RE: 2999TC Acquisitions, LLC    Motion to enforce agreed orders    Case # 21−31954−swe11

DEBTOR

**TYPE OF HEARING**

| | | |
|---|---|---|
| HNGH TURTLE CREEK LLC | ***VS*** | 2999 TC AQUISITIONS |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |
| JOHN KANE | | JOYCE LINDAUER |
| **ATTORNEY** | | **ATTORNEY** |

**EXHIBITS**

| | |
|---|---|
| HGNH TURTLE CREEK LLC'S 1−22 , 24−36A , 38−49, 54−60a,61, 63−97, 99 | 2999 TC ACQUISITIONS 1−9, 12−14, 16−24,26−27 |

| | | |
|---|---|---|
| Caitlynne Smith | 6/10/2022 | Scott W Everett |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |