BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.: 21−31954−swe11

Received in District Court by: ___________

Date: ________

Volume Number(s): _______

cc: Scott W Everett
Stephen Manz
Emily Shanks
Attorney(s) for Appellant
US Trustee

**Appellant** 2999TC Acquisitions, LLC

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503−4033

Khudabuksh K. Walji
Law Office of K. Walji, P.C.
The Atrium Building
10701 Corporate Drive, Suite 350
Stafford, Texas, USA 77477
Telephone: (281) 401−9672

**Appellee** HNGH Turtle Creek, LLC

John J. Kane
S. Kyle Woodard
Kane Russell Coleman Logan PC
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777−4200