BTXN 010 (rev. 03/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| In Re: | | § | |
| 2999TC Acquisitions, LLC | | § | |
| | | § | Case No.: 21−31954−swe11 |
| | Debtor(s) | § | Chapter No.: 11 |
| 2999TC Acquisitions, LLC | | § | |
| | Appellant(s) | § | |
| vs. | | § | |
| HNGH Turtle Creek, LLC | | § | |
| | Appellee(s) | § | |
| | | § | |
| | | § | |
| | | § | |
| | | § | |

# CERTIFICATE OF MAILING

Notice of Appeal Filed By: 2999TC Acquisitions, LLC

Re: [283] Order on motion to enforce, Order on motion to enforce, Order on motion for leave

The Amended Notice of Appeal was noticed to the parties, indicated by attachment, by either electronic transmission or U.S. mail on October 3, 2022.

DATED: 10/3/22

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Sheniqua Whitaker, Deputy Clerk