**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh11** |
| | § | |
| **Debtor** | § | **CHAPTER 11** |
| **2999TC ACQUISITIONS, LLC,** | § | |
| | § | |
| **Appellant** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **HNGH TURTLE CREEK, LLC,** | § | |
| | § | |
| **Appellee** | § | |

**ORDER GRANTING MOTION FOR STAY PENDING APPEAL**

Came on for consideration the Appellant's Motion for Stay Pending Appeal filed by 2999TC Acquisitions, LLC, Appellant from the Order entered on September 28, 2022, and the Court having considered the Motion and finding that it is well-founded, it is hereby

ORDERED, ADJUDGED AND DECREED that, pursuant to Bankruptcy Rule of Procedure 8007, the Order entered in the above-styled and numbered bankruptcy case on September 28, 2022 (Docket No. 283) is hereby stayed in all respects pending resolution of the appeal.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034