**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **2999TC Acquisitions, LLC** | § | **Case No. 21-31954-swe-11** |
| | § | |
| **Debtor.** | § | |

---

# AFFIDAVIT OF MICHAEL C. TURNER

---

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

Before me, the undersigned notary, on this day appeared Michael C. Turner, personally known to me, who being first duly sworn, upon his oath stated as follows:

1. "My name is Michael C. Turner. I am over twenty-one (21) years of age, of sound mind, have never been convicted of a felony or a crime involving moral turpitude, and am fully competent and authorized to make this Affidavit. All of the facts stated below are within my personal knowledge and are true and correct.

2. I am presently employed by J. Elmer Turner, Realtors, Inc. which is involved in commercial property brokerage, leasing and management. J. Elmer Turner, Realtors, Inc. has been retained by HNGH Turtle Creek, LLC ("HNGH") for purposes of managing certain property commonly known as 2999 Turtle Creek Boulevard, Dallas, Texas 75219 (the "Property").

3. It is my understanding that pursuant to the United States Bankruptcy Court for the Northern District of Texas, Dallas Divisions September 28, 2022 Order (a) granting in part and denying in part HNGH Turtle Creek, LLC's Motion to Enforce Agreed Orders; (b) denying the

Debtor's plan-related motions; and (c) granting and denying ancillary relief (the "Order"), HNGH was declared the owner of the Property pursuant to that Special Warranty Deed recorded as Instrument Number 202100327172 in the real property records of Dallas County, Texas on or about November 1, 2021.

4. On October 13, 2022, I visited the Property along with my son, Logan Turner, in preparation for certain activities related to the management of the Property and to determine whether any individuals or entities other than those referenced in the Order were present at the Property.

5. Upon arriving at the lobby of the Property, I was met by Timothy Barton, an unknown woman and a security guard. The security guard would not let me or Logan enter the Property past the lobby area and was insistent that we must exit the building..

6. After we entered the Property, Mr. Barton went upstairs to retrieve his attorney. Logan and I waited outside the front entrance after we I was told more than once that I must leave the building. Mr. Barton returned with attorney Mike Edney of Hunton & Williams law firm. Messrs. Edney and Barton claimed that papers were filed a couple days ago, that we were not allowed on the Property, and we were not allowed further access to the Property. We left the Property following that discussion.

Michael C. Turner

SUBSCRIBED TO AND SWORN BEFORE ME on the 14th day of October 2022.

CYNTHIA MARLA SASH
My Notary ID # 10664863
Expires October 26, 2024
NOTARY PUBLIC STATE OF TEXAS

Notary Public in and for
the State of Texas