**<u>REMOVAL OF ORIGINAL NOTICE OF LIS PENDENS</u>**

The State of Texas §
§
County of Dallas §

WHEREAS on or about November 4, 2021, an original Notice of Lis Pendens ("2021 Lis Pendens") was filed in the real property records of Dallas County, Texas as document number 202100333511 by 2999TC Acquisitions, LLC ("Claimant").

WHEREAS the Court in the Bankruptcy Case as described in the 2021 Lis Pendens issued its *Order (a) granting in part and denying in party HNGH Turtle Creek, LLC's Motion to Enforce Agreed Orders; (b) denying the Debtor's plan-related motions; and (c) granting and denying ancillary relief* [Dkt 283] (collectively, "Order") which included that Claimant "remove its [2021 Lis Pendens], Instrument Number 202100333511 from the Property."

NOW THEREFORE Claimant files this instrument removing the 2021 Lis Pendens ("Removal") to the extent the Court ordered it to be removed as described in the Order. However, this Removal shall not be deemed as Claimant's consent to or agreement with the Order or the findings therein or deemed as any waiver of Claimant's right to appeal the Order or file any subsequent notice of lis pendens as related to such appeal to the extent permitted by applicable law.

2999TC Acquisitions, LLC

__________________________
Timothy Barton, President

STATE OF TEXAS §
§
COUNTY OF DALLAS §

This Removal of Notice of Lis Pendens was acknowledged before me on October <u>10th</u>, 2022 by Timothy Barton as President of 2999TC Acquisitions, LLC.

__________________________
Notary Public, State of Texas

> RANDY P. MARX
> Notary Public, State of Texas
> Comm. Expires 05-03-2023
> Notary ID 132001233

When recorded, please return this instrument to:

2999TC Acquisitions, LLC
13901 Midway Rd, Suite 102-243
Dallas, Texas 75244



EXHIBIT B

**Dallas County**
**John F. Warren**
**Dallas County Clerk**

---

**Instrument Number:** 202200270059

eRecording - Real Property

Recorded On: October 13, 2022 12:06 PM

Number of Pages: 2

---

**" Examined and Charged as Follows: "**

Total Recording: $26.00

---

************** THIS PAGE IS PART OF THE INSTRUMENT **************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**

| | |
|---|---|
| Document Number: | 202200270059 |
| Receipt Number: | 20221013000440 |
| Recorded Date/Time: | October 13, 2022 12:06 PM |
| User: | Kevin T |
| Station: | CC18 |

**Record and Return To:**

Simplifile

---

**STATE OF TEXAS**
**COUNTY OF DALLAS**

**I hereby certify that this Instrument was** FILED **In the File Number sequence on the date/time printed hereon, and was duly** RECORDED **in the Official Records of Dallas County, Texas.**

John F. Warren
Dallas County Clerk
Dallas County, TX