**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**ORDER GRANTING HNGH TURTLE CREEK, LLC'S MOTION FOR SANCTIONS AND CONTEMPT OF COURT AGAINST THE DEBTOR AND TIMOTHY BARTON**

CAME ON FOR CONSIDERATION BY THE COURT the *Motion for Sanctions and Contempt of Court Against the Debtor and Timothy Barton* (the "**Motion**") filed on October 14, 2022 by HNGH Turtle Creek, LLC ("**HNGH**"), and the Court, having reviewed all pleadings and orders in this case, and taking into account this Court's findings and facts and conclusions of law throughout these bankruptcy proceedings, evidence presented, and the arguments of counsel, and having found

WHEREAS the Debtor and Barton violated the terms of the Enforcement Order, as that term is defined in the Motion by denying HNGH entry onto the Property; and

WHEREAS the Debtor and Barton did so knowingly in an effort to delay HNGH's possession of the Property despite this Court's express ruling that the Debtor has no right, title, or interest in the Property. And

WHEREAS the Debtor and Barton's pattern of behavior in this case evidence a willful and wrongful effort to delay and deny HNGH's possession of the Property in contravention of this Court's orders. And

WHEREAS HNGH prepared and filed the Motion in good faith, and good cause exists to grant the relief therein. IT IS HEREBY:

ORDERED, ADJUDGED AND DECREED that HNGH's Motion is GRANTED. It is further

ORDERED, ADJUDGED AND DECREED that Barton and the Debtor are in contempt of Court for their knowing violation of the Enforcement Order. It is further

ORDERED, ADJUDGED and DECREED that Barton and the Debtor are jointly and severally sanctioned in the amount of $20,000, which shall be paid to HNGH by cashier's check or wire not later than three business days following the entry of this order. It is further

ORDERED, ADJUDGED AND DECREED that the terms and conditions of this Order shall be effective and enforceable immediately upon its entry. It is further

ORDERED, ADJUDGED AND DECREED that this Court shall retain jurisdiction over all matters pertaining to this Order.

# # # END OF ORDER # # #