BTXN 027 (rev. 06/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | § | |
| 2999TC Acquisitions, LLC | § | Case No.: 21−31954−swe11 |
| | § | Chapter No.: 11 |
| Debtor(s) | § | |

Dear Joyce Lindauer:

　　The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

- ☐ Interim Report
- ☐ Trustee's Final Account
- ☐ Trustee's Final Report
- ☐ 341 Meeting Minute Sheet and Exempt Property Report
- ☐ Report of Trustee in No−Asset Case and Application for Closing
- ☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting
- ☑ Other: Please file an amended designation to list the following first: Amended notice of appeal, notice of appeal, appealed order #283 and then docket sheet. Please omit those items from page 6. All court admitted exhibits for hearing needs to be placed on a flash drive and submitted to the court. Sealed docs should be placed in a envelope and sealed, please identify which document is being sealed on face of envelope. Transcripts and court admitted exhibits should be listed last on designation. SEE document 293 for further instructions regarding designation.

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 5 days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED: 10/18/22　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　Robert P. Colwell, Clerk of Court

　　　　　　　　　　　　　　　　　　by: /s/J. Blanco, Deputy Clerk
　　　　　　　　　　　　　　　　　　juan_blanco@txnb.uscourts.gov