CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 9, 2023**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**AGREED ORDER DENYING HNGH TURTLE CREEK, LLC'S MOTION FOR SANCTIONS AND CONTEMPT OF COURT AGAINST THE DEBTOR AND TIMOTHY BARTON AS MOOT**

CAME ON FOR CONSIDERATION BY THE COURT the *Motion for Sanctions and Contempt of Court Against the Debtor and Timothy Barton* (the "**Motion**") filed on October 14, 2022 by HNGH Turtle Creek, LLC ("**HNGH**"), and the Court, having reviewed all pleadings and orders in this case, and taking into account this Court's findings and facts and conclusions of law throughout these bankruptcy proceedings, evidence presented, and the arguments of counsel, and having found

WHEREAS the Debtor and Barton are subject to a certain civil lawsuit styled *Securities and Exchange Commission v. Timothy Barton et al.* pending before Judge Starr in the United States District Court for the Northern District of Texas, Dallas Division (the "**District Court**"); and

WHEREAS on October 18, 2022, the District Court entered its *Order Appointing Receiver* (the "**Receivership Order**") [Dist. Ct. Dkt. No. 29], which named Cort Thomas as Receiver (the "**Receiver**") for certain "Receivership Entities" including the Debtor, and empowered the Receiver to take all action as necessary and appropriate for the preservation of "Receivership Property" and to "pursue, resist, defend, compromise or otherwise dispose of all suits, actions, claims, and demands" which may have been pending or which could have been brought by or asserted against the

"Receivership Entities"; and

WHEREAS the Receiver, on behalf of the Debtor, and HNGH mediated all outstanding disputes between them in a District Court-ordered mediation before the Honorable Harlin D. Hale. Following mediation, the Receiver and HNGH entered into a Settlement Agreement (the "**Settlement Agreement**"), which was submitted to the District Court for approval in the *Receiver's Verified Motion to Approve Settlement Agreement with HNGH Turtle Creek, LLC and Brief in Support* (the "**Settlement Motion**") [Dist. Ct. Dkt. No. 210]. On May 15, 2023, the District Court entered an *Order* approving the Settlement Motion [Dist. Ct. Dkt. No. 236]; and

WHEREAS, given the approved settlement between the Debtor and HNGH resolving all outstanding disputes, including the Motion, the Receiver, on behalf of the Debtor, and HNGH agree that the Motion and the relief sought therein is MOOT. Accordingly, IT IS HEREBY:

ORDERED, ADJUDGED AND DECREED that HNGH's Motion is DENIED AS MOOT without prejudice to refiling should the Settlement be overturned on appeal or for any other reason. It is further

ORDERED, ADJUDGED AND DECREED that the terms and conditions of this Order shall be effective and enforceable immediately upon its entry. It is further

ORDERED, ADJUDGED AND DECREED that this Court shall retain jurisdiction over all matters pertaining to this Order.

# # # END OF ORDER # # #

Form and Substance Agreed to By:

**BROWN FOX PLLC**

By: */s/ C. Alan Carrillo*
**Charlene C. Koonce**
State Bar No. 11672850
charlene@brownfoxlaw.com
**C. Alan Carrillo**
State Bar No. 24109693
alan@brownfoxlaw.com

8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Fax: (214) 327-5001

***Counsel to Receiver for Reorganized Debtor 2999TC Acquisitions, LLC***

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ John J. Kane*
**John J. Kane**
State Bar No. 24066794
jkane@krcl.com

901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4261
Fax: (214) 777-4299

***Counsel to HNGH Turtle Creek, LLC***