CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 9, 2023**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**AGREED ORDER DENYING HNGH TURTLE CREEK, LLC'S MOTION FOR SANCTIONS AND CONTEMPT OF COURT AGAINST THE DEBTOR AND TIMOTHY BARTON AS MOOT**

CAME ON FOR CONSIDERATION BY THE COURT the *Motion for Sanctions and Contempt of Court Against the Debtor and Timothy Barton* (the "**Motion**") filed on October 14, 2022 by HNGH Turtle Creek, LLC ("**HNGH**"), and the Court, having reviewed all pleadings and orders in this case, and taking into account this Court's findings and facts and conclusions of law throughout these bankruptcy proceedings, evidence presented, and the arguments of counsel, and having found

WHEREAS the Debtor and Barton are subject to a certain civil lawsuit styled *Securities and Exchange Commission v. Timothy Barton et al.* pending before Judge Starr in the United States District Court for the Northern District of Texas, Dallas Division (the "**District Court**"); and

WHEREAS on October 18, 2022, the District Court entered its *Order Appointing Receiver* (the "**Receivership Order**") [Dist. Ct. Dkt. No. 29], which named Cort Thomas as Receiver (the "**Receiver**") for certain "Receivership Entities" including the Debtor, and empowered the Receiver to take all action as necessary and appropriate for the preservation of "Receivership Property" and to "pursue, resist, defend, compromise or otherwise dispose of all suits, actions, claims, and demands" which may have been pending or which could have been brought by or asserted against the

"Receivership Entities"; and

WHEREAS the Receiver, on behalf of the Debtor, and HNGH mediated all outstanding disputes between them in a District Court-ordered mediation before the Honorable Harlin D. Hale. Following mediation, the Receiver and HNGH entered into a Settlement Agreement (the "**Settlement Agreement**"), which was submitted to the District Court for approval in the *Receiver's Verified Motion to Approve Settlement Agreement with HNGH Turtle Creek, LLC and Brief in Support* (the "**Settlement Motion**") [Dist. Ct. Dkt. No. 210]. On May 15, 2023, the District Court entered an *Order* approving the Settlement Motion [Dist. Ct. Dkt. No. 236]; and

WHEREAS, given the approved settlement between the Debtor and HNGH resolving all outstanding disputes, including the Motion, the Receiver, on behalf of the Debtor, and HNGH agree that the Motion and the relief sought therein is MOOT. Accordingly, IT IS HEREBY:

ORDERED, ADJUDGED AND DECREED that HNGH's Motion is DENIED AS MOOT without prejudice to refiling should the Settlement be overturned on appeal or for any other reason. It is further

ORDERED, ADJUDGED AND DECREED that the terms and conditions of this Order shall be effective and enforceable immediately upon its entry. It is further

ORDERED, ADJUDGED AND DECREED that this Court shall retain jurisdiction over all matters pertaining to this Order.

# # # END OF ORDER # # #

Form and Substance Agreed to By:

**BROWN FOX PLLC**

By: */s/ C. Alan Carrillo*
**Charlene C. Koonce**
State Bar No. 11672850
charlene@brownfoxlaw.com
**C. Alan Carrillo**
State Bar No. 24109693
alan@brownfoxlaw.com

8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Fax: (214) 327-5001

***Counsel to Receiver for Reorganized Debtor 2999TC Acquisitions, LLC***

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ John J. Kane*
**John J. Kane**
State Bar No. 24066794
jkane@krcl.com

901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4261
Fax: (214) 777-4299

***Counsel to HNGH Turtle Creek, LLC***

United States Bankruptcy Court

Northern District of Texas

In re: Case No. 21-31954-swe

2999TC Acquisitions, LLC Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3 User: admin Page 1 of 2

Date Rcvd: Jun 09, 2023 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Joyce Lindauer, Joyce Lindauer Attorney, PLLC, 1412 Main Street, Ste. 500, Dallas, TX 75202-4042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2023 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| C. Alan Carrillo | on behalf of Plaintiff 2999TC Acquisitions LLC alan@brownfoxlaw.com |
| C. Alan Carrillo | on behalf of Attorney Cortney C Thomas alan@brownfoxlaw.com |
| Charlene Cantrell Koonce | on behalf of Attorney Cortney C Thomas charlene@brownfoxlaw.com |
| Cortney C. Thomas | on behalf of Attorney Cortney C Thomas cort@brownfoxlaw.com korourke@brownfoxlaw.com |
| Jeffery D. Carruth | on behalf of Creditor Centennial Bank d/b/a Happy State Bank jcarruth@wkpz.com jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com;ATTY_CARRUTH@bluestylus.com |
| John J. Kane | on behalf of Defendant HNGH Turtle Creek LLC jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com |

| | |
|---|---|
| John J. Kane | on behalf of Creditor HNGH Turtle Creek LLC jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com |
| Joyce W. Lindauer | on behalf of Debtor 2999TC Acquisitions LLC joyce@joycelindauer.com, dian@joycelindauer.com |
| Joyce W. Lindauer | on behalf of Plaintiff 2999TC Acquisitions LLC joyce@joycelindauer.com, dian@joycelindauer.com |
| Katherine T. Hopkins | on behalf of Interested Party L. Allen Hodges III as Independent Executor of the Estate of Leland A. Hodges Jr. katherine.thomas@kellyhart.com |
| Katherine T. Hopkins | on behalf of Interested Party L. Allen Hodges III Individually katherine.thomas@kellyhart.com |
| Katherine T. Hopkins | on behalf of Defendant L. Allen Hodges III katherine.thomas@kellyhart.com |
| Katherine T. Hopkins | on behalf of Interested Party Tejas Group Ltd. katherine.thomas@kellyhart.com |
| Katherine T. Hopkins | on behalf of Interested Party LAH III Family Specific Interest Ltd. katherine.thomas@kellyhart.com |
| Katherine T. Hopkins | on behalf of Interested Party Blackfoot Interest Ltd. katherine.thomas@kellyhart.com |
| Kyle Woodard | on behalf of Creditor HNGH Turtle Creek LLC kwoodard@krcl.com, KWoodard@ecf.courtdrive.com |
| Robin Eric Phelan | on behalf of Debtor 2999TC Acquisitions LLC robin@phelanlaw.org |
| Russell Hale Neilson | on behalf of Defendant HNGH Turtle Creek LLC hneilson@parkinslee.com, hneilson@ecf.courtdrive.com |
| Sherrel K. Knighton | on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Michael.Alvis@lgbs.com;Alexis.Hall@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| Steven C. Metzger | on behalf of Interested Party JMJ Development LLC smetzger@pmklaw.com |
| Steven C. Metzger | on behalf of Interested Party Tim Barton smetzger@pmklaw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 22