**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **TIMOTHY BARTON,** | § | |
| | § | |
| **Appellant,** | § | |
| | § | |
| **v.** | § | **Case No. 3:22-cv-02186-X** |
| | § | |
| **HNGH TURTLE CREEK, LLC, and** | § | |
| **CORT THOMAS RECEIVER FOR** | § | |
| **2999TC ACQUISITIONS, LLC,** | § | |
| | § | |
| **Appellees.** | § | |

**NOTICE OF APPEAL**

NOTICE IS GIVEN that Timothy Barton (hereinafter, "Appellant") appeals to the United State Court of Appeals for the Fifth Circuit from the Joint Stipulation of Voluntary Dismissal of Appeal field herein on May 19, 2023 (the "Stipulation", **Exhibit "A"** hereto), and would show as follows:

A. The parties to Stipulation appealed from and the names and addresses of their respective attorneys are as follows:

1. Name of Appellant:

   a. Timothy Barton, *pro se*.
   P. O. Box 117625
   Carrollton, TX 75007
   Tel: (214) 673-8714
   TimothyBarton@proton.me

2. Names of Appellees:

   a. HNGH Turtle Creek, LLC

      i. Counsel:
      John J. Kane
      KANE RUSSELL COLEMAN LOGAN PC
      901 Main Street, Suite 5200
      Dallas, Texas 75202
      Tel: (214) 777-4200
      Fax: (214) 777-4299

i. Counsel:
Charlene C. Koonce
C. Alan Carrillo
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Tel: (214) 327-5000
Fax: (214) 327-5001
charlene@brownfoxlaw.com
alan@brownfoxlaw.com

B. The Order appealed from is the Joint Stipulation of Voluntary Dismissal of Appeal filed herein on May 19, 2023.

Respectfully submitted,

/s/ Timothy Barton
Timothy Barton
P. O. Box 117625
Carrollton, TX 75007
Tel: (214) 673-8714
TimothyBarton@proton.me

APPELLANT, *PRO SE*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the above and foregoing *Notice of Appeal* has been served via first class U.S. Mail and via email pursuant to the Court's ECF system upon all counsel of record at the above listed addresses on this the ____ day of June, 2023.

/s/ Timothy Barton

# EXHIBIT "A"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **2999TC ACQUISITIONS, LLC** | § | |
| **Appellant,** | § | |
| **v.** | § | **Case No. 3:22-cv-02186-X** |
| **HNGH Turtle Creek, LLC** | § | |
| **Appellee.** | § | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL

Cort Thomas, as the court-appointed Receiver in *Securities and Exchange Commission v. Timothy Barton, et al.*, 22-CV-28118-X (the "Receivership Case") in the United States District Court for the Northern District of Texas (the "Receivership Court"), submits, on behalf of Appellant 2999TC Acquisitions, LLC ("2999TC"), this Joint Stipulation of Voluntary Dismissal between 2999TC and Appellee HNGH Turtle Creek, LLC ("HNGH"), dismissing the above referenced appeal with prejudice and respectfully shows the Court as follows:

1. Pursuant to the Receivership Court's *Order Appointing Receiver* [Receivership Case, Dkt. 29] (the "Receivership Order"), the Receiver for the Receivership Entities,[1] was directed to take custody, control, and possession of all Receivership Property. *See* Receivership Order ¶ 6(B). The Receivership Order also empowers the Receiver to "take such action as necessary and appropriate for the preservation of Receivership Property or to prevent the

[1] "Receivership Entities" includes all entities subject to administration in the Receivership Case including, but not limited to, those entities identified in the Receivership Order and later supplemental orders entered in the Receivership Case [Receivership Case, Dkt. Nos. 62, 88, etc.].

dissipation, concealment, or inequitable distribution of Receivership Property" and to "pursue, resist, defend, compromise or otherwise dispose of all suits, actions, claims, and demands which may now be pending or which may be brought by or asserted against the Receivership Entities." *Id.* ¶¶ 6(G)–(H). Furthermore, the Receivership Order vested the Receiver "with management authority" for "all Receivership Entities and may therefore file and manage a Chapter 11 petition." *Id.* ¶ 50. 2999TC is a Receivership Entity of which the Receiver has the authority to control, act on behalf of, and bind to any decisions made on 2999TC's behalf, "including under the Bankruptcy Code to the exclusion of any other person or entity." *Id.*

2. On April 13, 2023, the Receiver and HNGH entered into the Settlement and Release Agreement (the "Settlement Agreement").[2] The Settlement Agreement was approved by the Receivership Court's *Order* [Receivership Case, Dkt. No. 236] (the "Settlement Order") entered on May 15, 2023, attached hereto as **Exhibit B**. Among other things, the Settlement Order lifted the stay of this appeal.

3. Under Federal Rule of Bankruptcy Procedure 8023(a), the Clerk of this Court must dismiss an appeal if the parties file a signed dismissal agreement specifying how costs are to be paid and pay any fees that are due. In accordance with this rule, and subject to the terms of the Settlement Agreement and as consideration for the Settlement Agreement, the parties stipulate and agree as follows:

a. The above-captioned bankruptcy appeal is hereby dismissed.

b. Each party will bear its own costs, attorneys' fees, and expenses.

c. There are no outstanding court fees.

---

[2] The *Receiver's Verified Motion to Approve Settlement Agreement with HNGH Turtle Creek, LLC and Brief in Support* [Receivership Case, Dkt. 210], including the Settlement Agreement attached thereto as an exhibit, is attached hereto as **Exhibit A**.

4. The parties respectfully request that the Clerk of the Court close this action in accordance with Federal Rule of Bankruptcy Procedure 8023(a).

Dated: May 19, 2023

Respectfully submitted,

*<u>/s/ John J. Kane</u>*
John J. Kane
State Bar No. 24066794
jkane@krcl.com
Kane Russell Coleman Logan PC
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4200
Fax: (214) 777-4299

*Counsel to Appellee HNGH Turtle Creek, LLC*

*<u>/s/ C. Alan Carrillo</u>*
Charlene C. Koonce
State Bar No. 11672850
charlene@brownfoxlaw.com
C. Alan Carrillo
State Bar No. 24109693
alan@brownfoxlaw.com
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Fax: (214) 327-5001

*Counsel to Receiver for Appellant 2999TC Acquisitions, LLC*