**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **Case No. 21-31954** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

## NOTICE OF STATUS CONFERENCE ON MOTION FOR ENTRY OF FINAL DECREE CLOSING CHAPTER 11 BANKRUPTCY CASE

Please Take Notice That a Status Conference on the *Receiver's Motion for Entry of Final Decree Closing Chapter 11 Bankruptcy Case* [Dkt. 307] has been set for hearing on **August 21, 2023, at 1:30 p.m**. via Webex.

You may access the Webex Hearing at the following link:
https://us-courts.webex.com/meet/everett

Judge Everett's Webex Instructions and Tips may be accessed here and are attached as **Exhibit A**.

DATED: July 18, 2023

Respectfully submitted,

**BROWN FOX PLLC**

By: */s/ C. Alan Carrillo*

**Charlene C. Koonce**
State Bar No. 11672850
charlene@brownfoxlaw.com
**C. Alan Carrillo**
State Bar No. 24109693
alan@brownfoxlaw.com

8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Fax: (214) 327-5001

***Counsel to Receiver for Reorganized Debtor 2999TC Acquisitions, LLC***

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served on all parties on the attached mailing matrix via ECF or via first class United States mail on July 18, 2023.

*/s/ Charlene Koonce*
Charlene Koonce

Label Matrix for local noticing
0539-3
Case 21-31954-swe11
Northern District of Texas
Dallas
Tue Jul 18 16:16:51 CDT 2023

2999TC Acquisitions, LLC
13901 Midway Rd.
Suite 102
Dallas, TX 75244-4388

Blackfoot Interest, Ltd.
c/o Katherine Hopkins
Kelly Hart & Hallman LLP
201 Main Street, Ste. 2500
Fort Worth, TX 76102-3194

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K Knighton
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207-2328

Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Tx 75202-4042

L. Allen Hodges III, Individually
c/o Katherine Hopkins
Kelly Hart & Hallman LLP
201 Main Street, Ste. 2500
Fort Worth, TX 76102-3194

L. Allen Hodges III, as Independent Executor
c/o Katherine Hopkins
Kelly Hart & Hallman LLP
201 Main Street, Ste. 2500
Fort Worth, TX 76102-3194

LAH III Family Specific Interest, Ltd.
c/o Katherine Hopkins
Kelly Hart & Hallman LLP
201 Main Street, Ste. 2500
Fort Worth, TX 76102-3194

Phelanlaw
4214 Woodfin Drive
Dallas, TX 75220-6416

Tejas Group, Ltd.
c/o Katherine Hopkins
Kelly Hart & Hallman LLP
201 Main Street, Ste. 2500
Fort Worth, TX 76102-3194

U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074

U.S. Attorney General
Department of Justice
Washington, DC 20001

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548

Avingstone International
Leconfield House
Curzon Street
London W1J5JA
United Kingdom

BC Collaborations LLC
3101 Avondale Avenue
Fort Worth, TX 76109-1002

Bluefrog Plumbin+Drain
9101 Lyndon B Johnson Freeway
Suite 300
Dallas, TX 75243-1900

Brockette Davis Drake Inc.
4144 N. Central Expressway
Suite 100
Dallas, TX 75204-2187

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K. Knighton
2777 N. Stemmons Fwy. Ste. 1000
Dallas, TX 75207-2328

Dallas County Tax Office
PO Box 139066
Dallas, TX 75313-9066

Dorsey & Whitney LLP
300 Crescent Court
Suite 400
Dallas, TX 75201-7847

FAB Studio
5005 Greenville Ave
Suite 155
Dallas, TX 75206-4043

Greenburg Traurig
2101 L Street NW
Washington, DC 20037-1526

HNGH Turtle Creek, LLC
c/o John J. Kane
Kane Russell Coleman Logan PC
901 Main Street, Suite 5200
Dallas, Texas 75202-3705

HNGH Turtle Creek, LLC
c/o Rusty O'Kane
Wick Phillips
3131 McKinney Ave., Suite 100
Dallas, TX 75204-2430

HR Sterling LLC
13901 Midway Rd
Suite 102
Dallas, TX 75244-4388

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242-1100

JMJ Development, LLC
Metzger Law PLLC
3626 N. Hall Street, Suite 800
Dallas, TX 75219-5133

Jackson Walker LLP
Suzan Kedron
2323 Ross Avenue
Suite 600
Dallas, TX 75201-2725

Jackson Walker, LLP
P.O. Box 130989
Dallas, TX 75313-0989

Law Office of Bruce K Thomas
12900 Preston Rd
Suite 590
Dallas, Texas 75230-1353

Linebargar Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

Max M. Wayman and Associates Inc.
2650 River Park Drive
Fort Worth, TX 76116-0718

McMurry Law, PLLC
508 W. Lookout Drive
Suite 14-74
Richardson, TX 75080-2176

Metzger Law PLLC
3626 N. Hall Street
Suite 800
Dallas, TX 75219-5133

Morrelli Design Consultants LLC
1400 San Ysidro Drive
Beverly Hills, CA 90210-2109

Nitya Capital
8901 Gaylord
Suite 100
Houston, TX 77024-3042

Pacheco Koch
7557 Rambler Road
Suite 1400
Dallas, TX 75231-2388

Quick Moves Resources
6810 Parkdale Dr.
Dallas, TX 75227-5828

Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Robin Phelan
Phelanlaw
4214 Woodfin Drive
Dallas, TX 75220-6416

SLS Consultants LLC
4222 Roseland Avenue
Suite 106
Dallas, TX 75204-4448

Talley Associates, Inc.
1925 San Jacinto
Suite 400
Dallas, TX 75201-7103

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001

The Concord Group LLC
369 San Miguel Drive
Suite 265
Newport Beach, CA 92660-7846

Tim Barton
Metzger Law, PLLC
3626 N. Hall Street, Suite 800
Dallas, TX 75219-5133

U. S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242-1011

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

West & Associates LLP
320 S. RL Thornton Freeway
Suite 300
Dallas, TX 75203-1842

C. Alan Carrillo
Brown Fox PLLC
8111 Preston Road
Ste 300
Dallas, TX 75225-6329

Joyce Lindauer
Joyce Lindauer Attorney, PLLC
1412 Main Street, Ste. 500
Dallas, TX 75202-4042

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202-4042

Robin Eric Phelan
Robin Phelan Law
4214 Woodfin Drive
Dallas, TX 75220-6416

Tim Barton
1755 Wittington, Suite 340
Dallas, TX 75234-1930

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Texas Comptroller of Public Accounts
Revenue Accting Div - Bankr Section
PO Box 13528
Austin, TX 78711-3528

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Centennial Bank d/b/a Happy State Bank

(u)HNGH Turtle Creek, LLC

(u)JMJ Development LLC

(u)Cortney C Thomas

(du)Cortney C. Thomas

| End of Label Matrix | |
|---|---|
| Mailable recipients | 56 |
| Bypassed recipients | 5 |
| Total | 61 |