Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Joyce W. Lindauer
Attorney, PLLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **CASE NO. 21-31954-hdh** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**EXHIBIT LIST FOR STATUS HEARING**

COMES NOW Joyce W. Lindauer, PLLC, a creditor in the above-styled and numbered bankruptcy case, and files this its Exhibit List for the status hearing scheduled on August 21, 2023.

**Exhibits**

At the hearing the following exhibits may be offered and discussed:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Debtor's Third Amended Plan of Reorganization [Docket No. 108] | | |
| 2 | Order Confirming Debtor's Third Amended Plan of Reorganization [Docket No. 123] | | |
| 3 | Order vacating receiver entered on June 28, 2023 by the United States Court of Appeals for the Fifth Circuit in Case No. 22-11132 | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 4 | Notice of Appeal filed on June 20, 2023 in Case No. 3:22-cv-02186-X styled 2999TC Acquisitions, LLC v. HNGH Turtle Creek, LLC pending in the United States District Court for the Northern District of Texas, Dallas Division | | |
| | Any exhibits identified by any other party | | |

Dated: August 16, 2023.

Respectfully Submitted

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Joyce W. Lindauer
Attorney, PLLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 16, 2023, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon the parties receiving electronic notice in this case listed below.

C. Alan Carrillo on behalf of Attorney Cortney C Thomas
alan@brownfoxlaw.com

C. Alan Carrillo on behalf of Debtor 2999TC Acquisitions, LLC
alan@brownfoxlaw.com

C. Alan Carrillo on behalf of Interested Party Cortney C. Thomas
alan@brownfoxlaw.com

C. Alan Carrillo on behalf of Plaintiff 2999TC Acquisitions, LLC
alan@brownfoxlaw.com

Jeffery D. Carruth on behalf of Creditor Centennial Bank d/b/a Happy State Bank
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com;ATTY_CARRUTH@bluestylus.com

Katherine T. Hopkins on behalf of Defendant L. Allen Hodges, III
katherine.thomas@kellyhart.com

Katherine T. Hopkins on behalf of Interested Party Blackfoot Interest, Ltd.
katherine.thomas@kellyhart.com

Katherine T. Hopkins on behalf of Interested Party L. Allen Hodges III, Individually
katherine.thomas@kellyhart.com

Katherine T. Hopkins on behalf of Interested Party L. Allen Hodges III, as Independent Executor of the Estate of Leland A. Hodges Jr.
katherine.thomas@kellyhart.com

Katherine T. Hopkins on behalf of Interested Party LAH III Family Specific Interest, Ltd.
katherine.thomas@kellyhart.com

Katherine T. Hopkins on behalf of Interested Party Tejas Group, Ltd.
katherine.thomas@kellyhart.com

John J. Kane on behalf of Creditor HNGH Turtle Creek, LLC
jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com

John J. Kane on behalf of Defendant HNGH Turtle Creek, LLC
jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com

Sherrel K. Knighton on behalf of Creditor Dallas County
Sherrel.Knighton@lgbs.com, Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Michael.Alvis@lgbs.com;Alexis.Hall@lgbs.com;Dallas.Bankruptcy@lgbs.com

Charlene Cantrell Koonce on behalf of Attorney Cortney C Thomas
charlene@brownfoxlaw.com, rmelissa@brownfoxlaw.com

Charlene Cantrell Koonce on behalf of Interested Party Cortney C. Thomas
charlene@brownfoxlaw.com, rmelissa@brownfoxlaw.com

Joyce W. Lindauer on behalf of Attorney Joyce W. Lindauer Attorney, PLLC
joyce@joycelindauer.com, dian@joycelindauer.com

Joyce W. Lindauer on behalf of Debtor 2999TC Acquisitions, LLC
joyce@joycelindauer.com, dian@joycelindauer.com

Joyce W. Lindauer on behalf of Plaintiff 2999TC Acquisitions, LLC
joyce@joycelindauer.com, dian@joycelindauer.com

Steven C. Metzger on behalf of Interested Party JMJ Development LLC
smetzger@pmklaw.com

Steven C. Metzger on behalf of Interested Party Tim Barton
smetzger@pmklaw.com

Russell Hale Neilson on behalf of Defendant HNGH Turtle Creek, LLC
hneilson@parkinslee.com, hneilson@ecf.courtdrive.com

Robin Eric Phelan on behalf of Creditor Phelanlaw
robin@phelanlaw.org

Robin Eric Phelan on behalf of Debtor 2999TC Acquisitions, LLC
robin@phelanlaw.org

Cortney C. Thomas on behalf of Attorney Cortney C Thomas
cort@brownfoxlaw.com, korourke@brownfoxlaw.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Kyle Woodard on behalf of Creditor HNGH Turtle Creek, LLC
kwoodard@krcl.com, KWoodard@ecf.courtdrive.com

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer