**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **Case No. 21-31954** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

---

**NOTICE OF HEARING ON MOTION FOR ENTRY OF**
**FINAL DECREE CLOSING CHAPTER 11 BANKRUPTCY CASE**

---

PLEASE TAKE NOTICE THAT A HEARING on the *Receiver's Motion for Entry of Final Decree Closing Chapter 11 Bankruptcy Case* [Dkt. 307] has been set for **July 29, 2025, at 1:30 p.m**.

The hearing will be held in person only via Webex. You may access the Webex Hearing at the following link: https://us-courts.webex.com/meet/everett

Judge Everett's Webex Instructions and Tips are attached as **Exhibit A**.

DATED: May 2, 2025

Respectfully submitted,

**BROWN FOX PLLC**

By: */s/ C. Alan Carrillo*
**Charlene C. Koonce**
State Bar No. 11672850
charlene@brownfoxlaw.com
**C. Alan Carrillo**
State Bar No. 24109693
alan@brownfoxlaw.com
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Fax: (214) 327-5001

***Counsel to Receiver for Reorganized Debtor 2999TC Acquisitions, LLC***

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served on all parties on the creditors matrix via ECF or via First Class United States mail on May 2, 2025.

*/s/ C. Alan Carrillo*
C. Alan Carrillo