BTXN 191 (rev. 12/24)

# AUDIO / TRANSCRIPT ORDER

| | | |
|---|---|---|
| 1. ORDER REQUEST: ☐ AUDIO ☒ TRANSCRIPT | 2. DATE OF ORDER: 06/13/2025 | |
| 3. NAME: C. Alan Carrillo | 4. PHONE NUMBER: 214-327-5000 | 5. EMAIL ADDRESS: alan@brownfoxlaw.com |
| 6. MAILING ADDRESS: 8111 Preston Road, Suite 300 | 7. CITY: Dallas | 8. STATE: TX / 9. ZIP CODE: 75225 |
| 10. CASE NUMBER: 21-31954 / 11. CASE NAME: 2999TC Acquisitions, LLC | 12. JUDICIAL OFFICIAL: Scott W Everett | 13. DATE OF PROCEEDING: FROM: / /04/10/2025 |

14. ORDER:

A.

| ORDINARY | 7 DAY EXPEDITED | DAILY | HOURLY | 14 DAY EXPEDITED | 3 DAY EXPEDITED |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

15. AUDIO/TRANSCRIPT REQUESTED Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | |
|---|---|
| ☒ Entire Hearing | |
| ☐ Court Ruling | |
| ☐ Witness Testimony | |
| ☐ Other: (Specify) | |

CERTIFICATION

By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber).

16. SIGNATURE: /s/ C. Alan Carrillo

17. DATE: 06/13/2025