BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# WITHDRAWAL OF REFERENCE SERVICE LIST

## Transmission of the Record

BK Case No.: 21−31954−swe11

Received in District Court by: ___________

Date: ________

Volume Number(s): _______

cc: Scott W Everett
Tyler LaPorte
Nate Walsh
Attorney(s) for Appellant
US Trustee

**Movant** Cortney C. Thomas

Charlene C. Koonce
C. Alan Carrillo
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327−5000

**Respondent** PHELANLAW

Robin Phelan
PHELANLAW
4214 Woodfin Drive
Dallas, Texas 75220
Telephone: (214) 7040222

BTXN 138 (rev. 09/22)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:
2999TC Acquisitions, LLC

Debtor(s)

Cortney C. Thomas

Movant(s)

vs.
PHELANLAW

Respondent(s)

Case No.: 21−31954−swe11
Chapter No.: 11
Civil Case No.:

## NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

- [x] One copy of the Motion to Withdraw Reference (USDC Civil Action No. − DNC Case) **NOTE**: A Status Conference has been set for August 27, 2025 at 2:00p.m., in via Webex at the following link: https://us−courts.webex.com/meet/everett before U.S. Bankruptcy Judge Scott W Everett . The movant/plaintiff, respondent/defendant or other affected parties are required to attend the Status Conference.
- [x] One copy of: Appendix in Support and Response Opposed to the Motion to Withdraw the Referencetion .

DATED: 7/25/25

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Sheniqua Whitaker, Deputy Clerk

BTXN 150 (rev. 11/10)

In Re:
2999TC Acquisitions, LLC

Debtor(s)

Case No.: 21−31954−swe11
Chapter No.: 11

# CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I.** (a) **MOVANT**
Cortney C. Thomas

(b) County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Charlene C. Koonce
C. Alan Carrillo
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327−5000

**RESPONDENT**
PHELANLAW

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

Attorney's (If Known)
Robin Phelan
PHELANLAW
4214 Woodfin Drive
Dallas, Texas 75220
Telephone: (214) 704−0222

**II. BASIS OF JURISDICTION**

- ○ 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ◉ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated *or* Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated *and* Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. NATURE OF SUIT**

- ○ 422 Appeal 28 USC 158
- ◉ 423 Withdrawal 28 USC 157
- ○ 890 Other Statutory Actions

**V. ORIGIN**

- ◉ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district
- ○ 6 Multidistrict Litigation
- ○ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity):**
423 Withdrawal 28 USC 157

Brief description of cause:
Motion to withdraw the reference

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23 DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
Judge: Docket Number:

DATED: 7/25/25

FOR THE COURT:
Stephen J Manz, Clerk of Court
by: /s/Sheniqua Whitaker, Deputy Clerk