**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **2999TC ACQUISITIONS, LLC,** | § | **Case No. 21-31954** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

---

**AMENDED NOTICE OF HEARING ON RECEIVER'S MOTION TO WITHDRAW THE REFERENCE OF MOTION FOR ENTRY OF FINAL DECREE CLOSING CHAPTER 11 BANKRUPTCY CASE**

---

PLEASE TAKE NOTICE THAT A HEARING on the *Receiver's Motion to Withdraw the Reference of Motion for Entry of Final Decree Closing Chapter 11 Bankruptcy Case* [Dkt. 338] has been set for **August 27, 2025, at 2:00 p.m.**, and will be held via Webex Video Conference before the Honorable Scott W. Everett, United States Bankruptcy Court, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242. Parties may appear in person or via WebEx Video Conference. The WebEx conference link may be accessed here: https://us-courts.webex.com/meet/everett. To participate telephonically, parties must dial 650-479-3207 and enter Access Code 2304 017 9738. A copy of the Judge Everett's Webex Instructions and Tips are attached as **Exhibit A**.

DATED: July 28, 2025

Respectfully submitted,

**BROWN FOX PLLC**

By: */s/ C. Alan Carrillo*
**Charlene C. Koonce**
State Bar No. 11672850
charlene@brownfoxlaw.com
**C. Alan Carrillo**
State Bar No. 24109693
alan@brownfoxlaw.com
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Fax: (214) 327-5001

***Counsel to Receiver for Reorganized Debtor 2999TC Acquisitions, LLC***

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served on all parties on the creditors matrix via ECF or via First Class United States mail on July 28, 2025.

*/s/ C. Alan Carrillo*
C. Alan Carrillo