IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY CASE NO. |
| 2999TC ACQUISITIONS, LLC, | ) | |
| | ) | 21-31954-SWE-11 |
| Debtor. | ) | |
| ------------------------------------------------------- | ) | |
| CORTNEY C. THOMAS, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:25-CV-1949-G |
| PHELANLAW, | ) | |
| | ) | |
| Respondent. | ) | |

**<u>ORDER OF TRANSFER</u>**

This case is hereby **TRANSFERRED** to the docket of **United States District Judge Brantley Starr**. All future pleadings shall subsequently be filed under case No. **3:25-CV-1949-X**.

**SO ORDERED**.

July 30, 2025.

A. Joe Fish
**A. JOE FISH**
**Senior United States District Judge**