BTXN 221 (rev. 09/22)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>2999TC Acquisitions, LLC<br><br>Debtor(s)<br><br>Cortney C. Thomas<br>Movant(s)<br><br>vs.<br>PHELANLAW<br>Respondent(s) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.: 21−31954−swe11<br>Chapter No.: 11<br>Civil Case No.: 3:25−cv−01949−X |

## NOTICE OF TRANSMITTAL OF REPORT AND RECOMMENDATION

I am transmitting:

One copy of: Report and Recommendation to District Court Regarding Motion to Withdraw the Reference .

DATED: 9/19/25

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Sheniqua Whitaker, Deputy Clerk