BTXN 138 (rev. 09/22)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>2999TC Acquisitions, LLC<br><br>Debtor(s)<br><br>Cortney C. Thomas<br>Movant(s)<br><br>vs.<br>PHELANLAW<br>Respondent(s) | § | Case No.: 21−31954−swe11<br>Chapter No.: 11<br>Civil Case No.: 3:25cv01949X |

## NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

- ☐ One copy of the Motion to Withdraw Reference (USDC Civil Action No. − DNC Case) **NOTE**: A Status Conference has been set for at , in _ before U.S. Bankruptcy Judge _. The movant/plaintiff, respondent/defendant or other affected parties are required to attend the Status Conference.
- ☑ One copy of: Motion for Final Decree .

DATED: 12/3/25

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Sheniqua Whitaker, Deputy Clerk