BTXN 138 (rev. 09/22)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| In Re: | | § | |
| 2999TC Acquisitions, LLC | | § | Case No.: 21−31954−swe11 |
| | | § | Chapter No.: 11 |
| | Debtor(s) | § | Civil Case No.: 3:25−cv−01949−X |
| Courtney C. Thomas (Receiver) | | § | |
| | Movant(s) | § | |
| vs. | | § | |
| Phelanlaw | | § | |
| | Respondent(s) | § | |

## NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

- ☐ One copy of the Motion to Withdraw Reference (USDC Civil Action No. − DNC Case) **NOTE**: A Status Conference has been set for at , in _ before U.S. Bankruptcy Judge _. The movant/plaintiff, respondent/defendant or other affected parties are required to attend the Status Conference.
- ☑ One copy of: Motion Requesting United States Trustee Position and (If Appropriate) Joinder in Objection to Entry of Final Decree, and to Defer Ruling Pending U.S. Trustee Response .

DATED: 3/6/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Sheniqua Whitaker, Deputy Clerk